# EXHIBIT 1

# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Oscar Blanco
   DOB: 9/9/87
   Date of Determination (HOD/SA): 8/4/05
   Parent/Guardian Name: Dinora Gonzalee
   Parent/Guardian Address: 2023 4th St., NE, #204, WDC 20002
   Current School: Rock Creek Academy
   Home School: Bell Multicultural SHS

3. **Invoice Information**
   Invoice Number: 05-400SA
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 5/20/05 to 8/11/05
   Amount of Payment Request: $ 2,500.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_/s/ James E Brown_                    August 26, 2005
Signature                              Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

August 4, 2005

Miguel Hull, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE   (202) 742-2097/8 and U.S. MAIL**

Subject: **Due Process Hearing Request for Oscar Blanco**
DOB: **09-09-1987**
Attending School: **Rock Creek Academy**
Home School: **Bell Multicultural Senior High School**

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated June 30, 2005, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about June 30, 2005, pursuant to the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq.; 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended February 28, 2003. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is September 9, 1987, that the attending school is Rock Creek Academy and the home school is Bell Multicultural Senior High School.

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with

Re: Oscar Blanco
8/4/2005
Page 2

the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

        a. DCPS agrees to convene an MDT/IEP meeting on or before September 29, 2005 to:
            i) review all current evaluations;
            ii) review and revise the IEP, if warranted;
            iii) discuss and determine an appropriate placement for SY 05-06; and
            iv) DCPS agrees to discuss and determine compensatory education, if any.

    5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

    9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

    10. Parent agrees to accept reasonable attorney fees not to exceed Two Thousand Five Hundred ($2,500.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

    11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Re: Oscar Blanco
8/4/2005
Page 3

Agreed to: _____
Miguel Hull, Esquire
Counsel for Parent

Miguel Hull
(print name)

Agreed to: _____
Quinne Harris-Lindsey
Supervisory Attorney Advisor

Quinne Harris-Lindsey
(print name)

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Tilman L. Gerald<br><br>----------------------------<br>* Admitted in Maryland Only | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Marshall Lammers°<br>Delores Scott McKnight<br><br>----------------------------<br>! Admitted in Bolivia Only |

August 5, 2005

Student Hearing Office
District of Columbia Public Schools
825 North Capitol St., NE, 9th floor
Washington, D.C. 20002
*Via facsimile only 202 442-5556*

    RE:    Oscar Blanco DOB: 9/9/87 -Withdrawal of due process hearing request dated 6/30/05 Hearing set for 8/5/05 at 1:00 p.m.

Dear Sir or Madam:

    Ms. Dinora Gonzalez, mother of Oscar Blanco, hereby advises that she and the DCPS Office of the General Counsel have reached an agreement regarding the issues raised in the due process hearing request dated June 30, 2005 and set for hearing on August 5, 2005 at 1:00 pm and that in light of the settlement, she hereby ***withdraws*** the hearing request in question. Be further advised that this withdrawal is solely limited to the specific issues raised in the hearing request and is not intended to effect any of the parent's or student's other rights under the Individuals with Disabilities Education Act ("IDEA"); D.C. Code; or District of Columbia Municipal Regulations ("DCMR").

    Thank you for your attention and please do not hesitate to contact me if you have any question or comments.

    Yours truly,

    Miguel A. Hull

CC:    Quinne Harris-Lindsey, Esq. DCPS Office of the General Counsel

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4737 |
| CONNECTION TEL | 94425097 |
| CONNECTION ID | |
| ST. TIME | 08/05 10:44 |
| USAGE T | 00'44 |
| PGS. SENT | 5 |
| RESULT | OK |

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers* |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

# FAX COVER SHEET

TO:     Quinne Harris-Lindsey, Esq.
        Office of the General Counsel
        District of Columbia Public Schools

DATE:   August 5, 2005

TEL NO.:    202 442-5000

FAX NO.:    202 442-5097/98

FROM:   Miguel A. Hull, Esq.

SUBJECT:    **Oscar Blanco DOB: 9/9/87 – Signed Settlement and Withdrawal of due process hearing request dated 6/30/05 Hearing set for 8/5/05 at 1:00 p.m.**

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS:

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 4738
CONNECTION TEL                       94425556
CONNECTION ID
ST. TIME                 08/05 10:45
USAGE T                  00'20
PGS. SENT                2
RESULT                   OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill o<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores Scott McKnight<br>Marshall Lammers*<br><br>! Admitted in Bolivia Only |

# FAX COVER SHEET

TO:         Student Hearing Office
            District of Columbia Public Schools

DATE:       August 5, 2005

TEL NO.:    202 442-5432

FAX NO.:    202 442-5556

FROM:       Miguel A. Hull, Esq.

SUBJECT:    **Oscar Blanco DOB: 9/9/87 – S~~igned Settlement~~ and Withdrawal of due process hearing request dated 6/30/05 Hearing set for 8/5/05 at 1:00 p.m.**

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS:

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Blanco, Oscar

August 11, 2005
In Reference To:   Blanco, Oscar
Invoice #10886

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2005 | YA | Draft status letter to parent re: settlement agreement | 0.42<br>105.00/hr | 44.10 |
| 5/24/2005 | JF | Drafted letter to Rock Creek Academy's IEP Coordinator in an attempt to schedule and MDT/IEP meeting. Conacted parent and advised her that a letter will be arriving in the mail regarding IEP meeting date | 0.33<br>350.00/hr | 115.50 |
| 5/25/2005 | HR | Draft letter to parent informing parent of notice of meeting received | 0.17<br>105.00/hr | 17.85 |
| 6/7/2005 | CF | Reviewed case with advocate, Juan Fernandez. | 0.25<br>175.00/hr | 43.75 |
|  | JF | Discussed issues and strategies with educational advocate, Carlos Fernandez, reviewed all educational/legal information in file regarding overall progress of case | 0.25<br>350.00/hr | 87.50 |
| 6/13/2005 | JF | Prepared for MDT/IEP meeting by reviewing all educational data in file and discussing strategy with parent and attorney to follow at the meeting. | 0.83<br>350.00/hr | 290.50 |
| 6/14/2005 | MH | Reviewed file to determine status and plan strategy for upcoming MDT meeting. | 0.50<br>350.00/hr | 175.00 |
| 6/20/2005 | JF | Attended MDT/IEP @ Rock Creek Academy | 3.33<br>350.00/hr | 1,165.50 |
| 6/27/2005 | HR | Phone call to mom regarding coordinating independent evaluation appointment | 0.17<br>105.00/hr | 17.85 |

Blanco, Oscar                                                                                                  Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/27/2005 | HR | Phone call to Rock Creek Academy regarding evaluations | 0.17<br>105.00/hr | 17.85 |
| 6/28/2005 | HR | Phone call to CPDC office coordinate independent evaluation for parent | 0.25<br>105.00/hr | 26.25 |
|  | HR | Phone call to mom confirming appointment for the independent evaluation | 0.08<br>105.00/hr | 8.40 |
|  | HR | Draft letter to parent regarding appointment at CPDC Office for the independent vocational assessment | 0.25<br>105.00/hr | 26.25 |
|  | JF | Discussion with RCA and parent regarding Voc. III Assesment. | 0.25<br>350.00/hr | 87.50 |
| 6/30/2005 | MH | Prepared and file due process hearing request to DCPS. Includes research on issues raised and drafting and revising of claim. | 1.50<br>350.00/hr | 525.00 |
| 7/1/2005 | HR | Phone call to parents informing them of appointment canceled at CPDC for the career assessment. | 0.17<br>105.00/hr | 17.85 |
|  | HR | Phone call from Melissa Hensel from CPDC regarding canceling the appointment scheduled for today for the Career Assessment, due to Jury duty. will reschedule appointment next week. Wants us to contact parents. | 0.25<br>105.00/hr | 26.25 |
| 7/5/2005 | HR | Draft case status letter to parent detailing the hearing request | 0.50<br>105.00/hr | 52.50 |
| 7/12/2005 | HR | Phone call from mom wanted case status informed her of hearing requested, and sent memo to attorney regarding phone call, and updated case status | 0.25<br>105.00/hr | 26.25 |
| 7/19/2005 | HR | Draft case status letter to parent informing them of the notice of hearing | 0.42<br>105.00/hr | 44.10 |
| 7/20/2005 | HR | Draft letter to the Student Hearing Office requesting an interpreter for the upcoming hearing and sent letter via facsimile and sent a copy to the Office of the General Counsel. | 0.25<br>105.00/hr | 26.25 |
| 7/27/2005 | JF | case research, reviewed last HOD, IEP and latest evaluations conducted on this student, contacted parent to discuss overall progress of the case | 0.75<br>350.00/hr | 262.50 |
| 7/28/2005 | HR | Researched documents to prepare disclosure | 0.33<br>105.00/hr | 34.65 |
|  | HR | Draft letter to parent informing them hearing location change for the hearing scheduled for August 5, 2005, all hearing will be held at Whittier Elementary School from August 1-19, and called parent to inform them of change as well . | 0.25<br>105.00/hr | 26.25 |

Blanco, Oscar                                                                                                   Page   3

|            |    |                                                                                                                                                                                                      | Hrs/Rate        | Amount    |
|------------|----|------|------|------|
| 7/28/2005  | MH | Pre-hearing conference with attorney and parent. Reviewed issues for hearing and discussed concerns that have arrisen since filing hearing request. | 0.42<br>350.00/hr | 147.00 |
| 7/29/2005  | MH | Prepare disclosure to DCPS with assistance from paralegal. Reviewed entire file and identified potential witnesses and exhibits, prepared exhibit packet and cover letter and supervised delivery to DCPS counsel. | 1.00<br>350.00/hr | 350.00 |
|            | HR | Assisted attorney to prepare disclosure to DCPS | 1.00<br>105.00/hr | 105.00 |
| 8/3/2005   | JF | Prepared for Due Process Hearing by reviewing complaint, past IEP.s, evaluations and any other relevant educational information. Contacted parent | 0.75<br>350.00/hr | 262.50 |
|            | MH | Prepared for Due Process Hearing. Reviewed DCPS and parent's disclosure materials, conducted legal research on issues raised, prepared potential witness questions and legal arguments for hearing, and discussed strategy with parent. | 1.25<br>350.00/hr | 437.50 |
| 8/4/2005   | MH | Reviewed and executed settlement agreement; discussion with attorney advisor and parent | 0.50<br>350.00/hr | 175.00 |
| 8/5/2005   | MH | Drafted withdrawal letter to DCPS / Attorney | 0.25<br>350.00/hr | 87.50 |
| 8/8/2005   | HR | Draft case status letter to parent detailing the settlement agreement | 0.50<br>105.00/hr | 52.50 |
|            | HR | Draft letter to Rock Creek Academy regarding the Settlement Agreement and sent letter with attached copy of agreement via facsimile to the school and to the Office of Special Education. | 0.58<br>105.00/hr | 60.90 |
|            |    | For professional services rendered | 18.17 | $4,843.30 |

Additional Charges :

| | | |
|---|---|---|
| 5/20/2005 | Copied: Withdrawal letter for administration. | 0.75 |
| | Copied: SA letter for parent, advocate, attorney, and administration. | 2.00 |
| | Copied: SA letter for parent. | 0.25 |
| 5/23/2005 | Postage; letter to parent re:SA | 0.37 |
| 5/25/2005 | Postage; Case status letter to parent. | 0.37 |
| | Copied documents; letter to parent | 0.50 |

Blanco, Oscar                                                                                                        Page    4

                                                                                                                    Amount

| Date | Description | Amount |
|---|---|---:|
| 5/26/2005 | Copied: Notice of meeting with case status for parent. | 0.75 |
| 6/24/2005 | Copied: Notice of independent evaluations for parent. | 0.25 |
| 6/28/2005 | Postage; status letter to parent. | 0.60 |
| 7/5/2005 | Postage; Case status letter to parent. | 0.37 |
| | Copied: Hearing request letter for parent. | 1.25 |
| 7/19/2005 | Copied: Letter for parent. | 0.50 |
| | Postage; case status letter to parent. | 0.37 |
| 7/20/2005 | Facsimile to SHO: Request for interpreter | 2.00 |
| | Facsimile to OGC: Request for interpreter | 2.00 |
| 7/28/2005 | Copied: Hearing notice letter for parent. | 0.50 |
| | Postage; letter to parent re: change of address for hearing in August. | 0.37 |
| 7/29/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied: Disclosure for SHO and OGC. | 13.50 |
| 8/5/2005 | Facsimile withdrawal to DCPS | 7.00 |
| 8/8/2005 | Copied: SA letter with case status for parent. | 1.25 |
| | Postage; letter to parent re: SA. | 0.37 |
| | Facsimile: SA letter to RCA and OSE. | 10.00 |
| 8/11/2005 | File review preparation of bill and invoice audit | 96.88 |
| | **Total costs** | **$162.20** |
| | **Total amount of this bill** | **$5,005.50** |