# EXHIBIT 2

# District of Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   - Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   - Attorney: JAMES E. BROWN
   - Federal Tax ID No.: 52-1500760
   - D.C. Bar No.: 61622

2. **Student Information**
   - Name: Aaron Deville
   - DOB: 12/16/86
   - Date of Determination (HOD/SA): 8/10/05
   - Parent/Guardian Name: Deleros DeVille
   - Parent/Guardian Address: 4660 MLK Ave., SW, #214, WDC 20032
   - Current School: Accotink Academy
   - Home School: Ballou SHS

3. **Invoice Information**
   - Invoice Number: 05-401SA
   - Date Request Submitted: 8/26/05
   - Date(s) Services Rendered: 6/30/05 to 8/17/05
   - Amount of Payment Request: $ 2,768.44

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_
Signature

August 26, 2005
Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000  Fax # 202-442-5098
202-442-5001  www.k12.dc.us

August 10, 2005

*Via Facsimile 202-742-2097/8/9*

Roberta Gambale, Esq.
1220 L Street, NW, Suite 700
Washington, DC 20005

**PROPOSED SETTLEMENT**

| | |
|---|---|
| **Subject:** | **Due Process Hearing for Aaron Deville** |
| **DOB:** | **12/16/1986** |
| **Last Attending School:** | **Accotink Academy (Accotink)** |
| **Home School:** | **Ballou SHS** |

Dear Ms. Gambale:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Thursday, August 11, 2005 @ 3:00 p.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and the parent, student and student's representative (hereinafter "Parent/Counsel") agree to resolve this matter pursuant to the following terms and conditions:

1. Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the execution of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The Parent/Counsel verifies that the student's date of birth is December 16, 1986 and that the student's last attending school was Accotink Academy and the student's home school is Ballou SHS.

3. Parent/Counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

*Children First*

Aaron Deville Settlement Agreement
August 10, 2005
Page 2

4. DCPS agrees to provide to the student with five (5) hours per week of one on one tutoring per week and one (1) hour per week of counseling to commence within thirty (30) calendar days of the execution of this agreement with the details of the times and places of delivery of these services to be worked out between the parent and DCPS. These services shall be subject to review by a MDT no later than six months after commencement and, if continued services are warranted, at least every six months thereafter to assess their efficacy.

5. Should DCPS fail to commence the services within the time limited above, the parent shall seek them independently at a rate not to exceed sixty dollars ($60) per hour. Such services, if provided independently, shall also be subject to review in the manner outlined in paragraph 4 above.

6. All meetings/conferences/evaluations shall be scheduled through counsel for the parent, via facsimile, at *(202)742-2097/8/9*.

7. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

8. If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control, DCPS will request that Parent/Counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

9. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

10. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

11. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Four Thousand Dollars ($4,000.00), as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

Aaron Deville Settlement Agreement
August 10, 2005
Page 3

12. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

If you are in agreement, please sign below and return to me.

Sincerely,

Michael Levy
Attorney Advisor

Agreed to: _____    8-10-05
Roberta Gambale, Esquire              Date
Counsel for Student/Parent

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Tilman L. Gerald |
|---|---|---|
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

August 11, 2005

**Via Facsimile**
Sharon Newsome, Student Hearing Coordinator
Student Hearing Office
District of Columbia Public Schools
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002

        **Re: Aaron Deville**
        **DOB: 02/16/86**

Dear Ms. Newsome:

  The parent hereby withdraws the hearing request for the hearing scheduled to be heard on August 11, 2005 at 3:00 p.m. based upon the settlement agreement executed by the parties. This withdrawal is not intended to affect any of the parents other rights under the Individual with Disabilities and Education Act (IDEA). I am attaching a copy of the agreement with this letter.

  Please feel free to contact me should you have any questions or concerns. I may be reached at (202) 742-2021. I appreciate your assistance in this matter and look forward to hearing from you.

                Sincerely,

                Roberta Gambale, Esq.

Cc; Michael Levy, DCPS Attorney Advisor

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

08/11/2005 14:44 FAX 202 7420098   Brown & Associates
Case 1:06-cv-00278-ESH   Document 1-3   Filed 02/14/2006   Page 7 of 12
@001

```
*********************
***  TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              0044
CONNECTION TEL                    94425556
CONNECTION ID
ST. TIME              08/11 14:43
USAGE T               00'40
PGS. SENT             5
RESULT                OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | Attorneys at Law | |
|---|---|---|
| James E. Brown | 1220 L Street, NW | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Christopher L. West | Facsimile: (202) 742-2098 | Marshall Lammers° |
| Juan J. Fernandez! | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:   August 11, 2005

TO:     Sharon Newsome, Student Hearing Coordinator
        Student Hearing Office, DCPS

PHONE:  202-442-5432

FAX NO: 202-442-5556

FROM:   Yamileth Amaya, Paralegal

        Aaron Deville
        DOB: 2/16/86

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: Please find attached the withdrawal from hearing and Settlement Agreement for the above mentioned student.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO             0043
CONNECTION TEL                     94425556
CONNECTION ID
ST. TIME             08/11 14:42
USAGE T              00'41
PGS. SENT            5
RESULT               OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers° |

! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:    August 11, 2005

TO:      Michael Levy, Esq. Office of General Counsel, DCPS

PHONE:   202-442-5432

FAX NO:  202-442-5556

FROM:    Yamileth Amaya, Paralegal

Aaron Deville
DOB: 2/16/86

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: Please find attached the withdrawal from hearing and Settlement Agreement for the above mentioned student.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
DeVille, Aaron

August 17, 2005
In Reference To:   DeVille, Aaron

Invoice #10897

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/30/2005 | YA | Assist attorney to file hearing request and draft status letter to parent re, Hearing Request | 1.00 105.00/hr | 105.00 |
|  | RG | Prepared and file due process hearing request to DCPS | 2.00 350.00/hr | 700.00 |
| 7/1/2005 | JEB | Examined and certified hearing request filed by attorney | 0.58 350.00/hr | 203.00 |
| 7/11/2005 | YA | Assist advocate with letter to DCPS Re, meeting dates | 0.17 105.00/hr | 17.85 |
|  | YA | Assist advocate with letter to Accotink Re, meeting dates | 0.17 105.00/hr | 17.85 |
| 7/19/2005 | YA | Drafted letter to parent re, hearing date notice enclosed, copied for advocate and administration | 0.58 105.00/hr | 60.90 |
| 7/21/2005 | YA | Research educational needs re, Hearing Request filed | 0.33 105.00/hr | 34.65 |
| 8/1/2005 | YA | Drafted letter to parent re, revised Hearing Date Notice enclosed | 0.58 95.00/hr | 55.10 |
| 8/4/2005 | YA | Prepare disclosure to Student Hearing Office and Office of General Counsel, DCPS | 1.50 95.00/hr | 142.50 |
|  | RG | Prepare disclosure to DCPS | 1.50 275.00/hr | 412.50 |

DeVille, Aaron                                                                                                                   Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2005 | YA | Phone call to parent re, information on a assessment center | 0.17 95.00/hr | 16.15 |
|  | RG | Pre-hearing conference with parent and advocate and witnesses; prepare for hearing; discussion with Levy re: settlement | 1.50 275.00/hr | 412.50 |
|  | YA | Research educational needs re, assessments | 0.33 95.00/hr | 31.35 |
| 8/11/2005 | RG | Conference with parent re: settlement and folllow up and discussion with advocate | 0.50 275.00/hr | 137.50 |
|  | YA | Prepared and sent to DCPS a withdrawal of hearing request of Student Hearing Office and Office of General Counsel and Settlement Agreement | 1.00 95.00/hr | 95.00 |
|  | YA | Drafted letter to parent re, Settlement Agreement Enclosed | 0.58 95.00/hr | 55.10 |
|  | YA | tickle deadline and distribute to advocate, administration and parent | 0.25 95.00/hr | 23.75 |
|  | YA | Filed back disclosure documents in file | 0.42 95.00/hr | 39.90 |
| 8/16/2005 | YA | Review memo from attorney re, resubmit the Hearing Officer's Determination | 0.17 95.00/hr | 16.15 |
|  | YA | Draft letter to Office of General Counsel re, resubmit the Hearing Officer's Determination | 0.33 95.00/hr | 31.35 |
|  |  | For professional services rendered | 13.66 | $2,608.10 |

Additional Charges :

| 6/30/2005 | Facsimile: HR to SHO. | 6.00 |
|---|---|---|
|  | Copied documents- Ltr re: HR | 0.25 |
| 7/1/2005 | Postage; HR letter to parent. | 0.60 |
| 7/11/2005 | Facsimile-re meeting | 1.00 |
|  | Facsimile-re meeting | 1.00 |
| 7/19/2005 | Copied documents; letter to parent | 0.50 |
| 7/20/2005 | Postage; HDN letter to parent. | 0.37 |
| 8/1/2005 | Copied: HDN letter for parent. | 0.50 |

DeVille, Aaron                                                                                   Page    3

                                                                                                 <u>Amount</u>

| Date | Description | Amount |
|---|---|---|
| 8/1/2005 | Postage; letter to parent re: HDN. | 0.37 |
| 8/4/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied documents; 5 day disclosures | 17.75 |
| 8/10/2005 | Copied: SA letter for parent, advocate, admnistration, and file. | 3.00 |
|  | Facsimile Received from DCPS; settlement proposal | 1.00 |
| 8/11/2005 | Postage; letter to parent re: SA. | 0.37 |
|  | Copied documents; withdrawal letter | 0.75 |
|  | Facsimile: Withdrawal and SA to SHO and OGC. | 10.00 |
| 8/17/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $160.34 |
|  | Total amount of this bill | $2,768.44 |