# EXHIBIT 3

# District of Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   - Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   - Attorney: JAMES E. BROWN
   - Federal Tax ID No.: 52-1500760
   - D.C. Bar No.: 61622

2. **Student Information**
   - Name: Mico Dutch
   - DOB: 11/21/98
   - Date of Determination (HOD/SA): 7/26/05
   - Parent/Guardian Name: Thomas & Latoya Dutch
   - Parent/Guardian Address: 4348 Southern Ave., SE, #3, 20019
   - Current School: Davis E.S.
   - Home School: Davis E.S.

3. **Invoice Information**
   - Invoice Number: 05-402SA
   - Date Request Submitted: 8/26/05
   - Date(s) Services Rendered: 3/18/05 to 7/26/05
   - Amount of Payment Request: $4,000.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

Signature: /s/ James E. Brown
Date: August 26, 2005


M. Tony



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
Office of the General Counsel
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000  Fax # 202-442-5098
www.k12.dc.us

July 26, 2005

Roberta Gambale, Esq.
1220 L Street, N. W., Suite 700
Washington, D.C. 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202/742-2098**

Subject: **Due Process Hearing for Mico Dutch**
DOB:    11-21-98
Attending School: **Davis**
Home School: **Davis**

Dear Ms. Gambale:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Tuesday, July 26, 2005 at 1:00 p.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter. The underlying hearing request was filed on or about May 27, 2005, pursuant to the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq.; 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended February 28, 2003. The parties have agreed to the following terms and conditions:

1. Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The Parent/Counsel verifies that the student's date of birth is 11-21-98, and that the attending school and home school is Davis Elementary School.

3. Parent/Counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

4. DCPS agrees to convene a MDT/IEP meeting within **20 business days** of the date of the settlement agreement to discuss and determine placement.

*Children First*

DCPS Office of the General Counsel
Page 2

       DCPS agrees to issue a prior notice of placement within 5 **business days** if the placement is public and within **30 calendar days** if placement is non-public.

       5. All meetings/conferences/evaluations shall be scheduled through counsel for the parent, via facsimile, at 202/742-2098.

       6. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

       7. If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control, DCPS will request that Parent/Counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

       8. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

       9. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

       10. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Four Thousand ($4,000.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

       11. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

       Sincerely,

       Tiffany Puckett
       Attorney Advisor

Agreed to: _____  7/26/05
       Roberta Gambale, Esq.   Date
       Counsel for Parent

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers° |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

July 26, 2005

**Via Facsimile Only**
District of Columbia Public Schools
Hearing Coordinator
825 North Capital Street, NE
Washington, DC 20002

    Re:   Notice of Withdrawal and Settlement for
            Mico Dutch  DOB 11/21/98

Attention Hearing Coordinator,

    Please withdraw the hearing scheduled to be heard on **Tuesday, July 26, 2005 at 1:00 pm** for the above referenced student. Parties have reached an agreement in this matter.

    I appreciate your cooperation in this matter. Should you have any questions or concerns, please contact me at (202) 742-2016.

                                        Sincerely,

                                        Marshall Lammers

cc:    *Tiffany Puckett, Esq., DCPS Attorney Advisor*

---

◊ *Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.*

° *Admitted Only in Maryland and New Jersey; Supervision by Roberta Gambale and James E. Brown, members of the D.C. Bar. Rule 49(c)(8).*

```
***********************
***   TX REPORT    ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4169 |
| CONNECTION TEL | 94425556 |
| CONNECTION ID | |
| ST. TIME | 07/26 13:51 |
| USAGE T | 00'33 |
| PGS. SENT | 4 |
| RESULT | OK |

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | Roxanne D. Neloms |
| Miguel A. Hull | Washington, DC 20005 | John A. Straus |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| | Facsimile: (202) 742-2098 | Marshall Lammers° |

\* Admitted in Maryland Only          e-mail: Admin@Jeblaw.biz          ! Admitted in Bolivia Only
                                                                        Δ Member of the DC Federal Bar

# FAX COVER SHEET

TO:    Office of Student Hearings

       ATTN: Sharon Newsome

FROM: Marshall M. Lammers, Esq,

DATE: July 26, 2005

FAX NO: 202-442-5556

SUBJECT: Notice of Withdrawal Settlement

NUMBER OF PAGES INCLUDING COVER SHEET: 4

COMMENTS: *Notice of Withdrawal and Settlement for*
          *Student: Mico Dutch  DOB 11/21/98*

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              4170
CONNECTION TEL                94425098
CONNECTION ID    OFF.OF GENERAL C
ST. TIME         07/26 13:53
USAGE T          00'37
PGS. SENT        4
RESULT           OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers° |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

# FAX COVER SHEET

TO:    Office of General Counsel

       ATTN: Tiffany Puckett, Esq.

FROM: Marshall M. Lammers, Esq,

DATE: July 26, 2005

FAX NO: 202-442-5098/5097

SUBJECT: Notice of Withdrawal Settlement

NUMBER OF PAGES INCLUDING COVER SHEET: 4

COMMENTS: *Notice of Withdrawal and Settlement for*
          *Student: Mico Dutch DOB 11/21/98*

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Mico Dutch

August 01, 2005
In Reference To:   Mico Dutch
Invoice #10867

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/18/2005 | CS | Conference with parent re upcoming mdt mtg and issues to be discussed (placement and comp ed) | 0.33<br>175.00/hr | 57.75 |
| 3/23/2005 | CS | Prepared for upcoming MDT/IEP meeting | 0.50<br>175.00/hr | 87.50 |
| 3/24/2005 | CS | Attended MDT/IEP @ Davis ES | 2.50<br>175.00/hr | 437.50 |
| 3/28/2005 | ML | Conference with advocate Ms. Sutton-Brock, re: meeting held, placement still outstanding. Advocate will follow up with appropriate DCPS and private schools. | 0.33<br>350.00/hr | 115.50 |
|  | CS | Discussion with the child's attorney re case review. Update from previous MDT/IEP meeting | 0.33<br>175.00/hr | 57.75 |
| 3/30/2005 | CMM | Review and drafted letter to parent detailing settlement agreement issued 3/16/05 | 0.50<br>105.00/hr | 52.50 |
|  | CS | Discussion with the child's attorney re case follow-up (advocate to visit schools with parent that were proposed by DCPS) | 0.33<br>175.00/hr | 57.75 |
| 4/5/2005 | CS | Conference with parent re DCPS proposed placement (Gage-Eckington) | 0.25<br>175.00/hr | 43.75 |
| 4/18/2005 | CS | Conference with parent re placement options. She will visit Gage-Eckington. Advocate researching programs for DD children | 0.33<br>175.00/hr | 57.75 |

Mico Dutch                                                                                                               Page    2

|            |     |                                                                                                          | Hrs/Rate        | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------|-----------------|--------|
| 4/19/2005  | CS  | Phone call from parent                                                                                   | 0.17 175.00/hr  | 29.75  |
|            | CS  | Conference with parent re placements                                                                     | 0.33 175.00/hr  | 57.75  |
| 4/20/2005  | CS  | Research educational needs re issues addressed from SA for Aty                                           | 0.33 175.00/hr  | 57.75  |
| 4/29/2005  | CS  | School visit @ Ludlow                                                                                    | 1.25 175.00/hr  | 218.75 |
| 5/20/2005  | CS  | Discussion with Julie Berie from Gateway School re program discussion                                    | 0.42 175.00/hr  | 73.50  |
|            | CS  | Prepared placement packages                                                                              | 1.00 175.00/hr  | 175.00 |
| 5/23/2005  | CMM | Prepared and sent placement package to Kingsburry School in DC                                           | 1.00 105.00/hr  | 105.00 |
|            | CMM | Prepared and sent placement package to Lab School in DC                                                  | 1.00 105.00/hr  | 105.00 |
|            | CMM | Prepared and sent placement package to The Children Guild, Inc. (Chillum, MD)                            | 1.00 105.00/hr  | 105.00 |
|            | CMM | Prepared and sent placement package to Lourie Center, Rockville, MD                                      | 1.00 105.00/hr  | 105.00 |
|            | CMM | Prepared and sent placement package to Ivymount School, Rockville, MD                                    | 1.00 105.00/hr  | 105.00 |
|            | CMM | Drafted status letter to parent regarding placement package consideration sent out                       | 0.50 105.00/hr  | 52.50  |
|            | CS  | Conference with parent to review in detail all of the non-public schools that I referred Mico to. Parent wanted detailed program information | 0.42 175.00/hr  | 73.50  |
| 5/27/2005  | ML  | Prepared and file due process hearing request to DCPS.                                                   | 2.00 350.00/hr  | 700.00 |
| 5/31/2005  | CMM | Drafted status letter to parent                                                                          | 0.50 105.00/hr  | 52.50  |
|            | CS  | Examined hearing request filed by attorney                                                               | 0.42 175.00/hr  | 73.50  |
| 6/8/2005   | CMM | Drafted letter to parent/enclosed rejected letter received from Kingsbury School                         | 0.50 105.00/hr  | 52.50  |

Mico Dutch                                                                                                         Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2005 | ML | Phone call from Children's Guild, re: contact information and application procedure. | 0.33 350.00/hr | 115.50 |
| 6/14/2005 | ML | Draft letter to Student Hearing Office, re: request reschuled date for hearing. | 0.42 350.00/hr | 147.00 |
| 6/15/2005 | ML | Drafted letter to parent re hearing request issues and case status | 0.42 350.00/hr | 147.00 |
| 6/16/2005 | CMM | Drafted letter to parent with hearing notice | 0.50 105.00/hr | 52.50 |
| 6/27/2005 | CMM | Drafted letter to parent/enclosed placement consideration letter received from Ivymount School | 0.50 105.00/hr | 52.50 |
| 7/5/2005 | CMM | Phone call from parent regarding case status inform attorney regarding parents concern | 0.17 105.00/hr | 17.85 |
| 7/7/2005 | CMM | Drafted letter to parent/enclosed hearing notice | 0.50 105.00/hr | 52.50 |
|  | CMM | Phone call to parent regarding hearing schedule | 0.17 105.00/hr | 17.85 |
|  | CS | Research educational needs re upcoming hearing, placement interview/acceptance and current contact information of parent | 0.42 175.00/hr | 73.50 |
| 7/12/2005 | CS | Phone call from parent | 0.17 175.00/hr | 29.75 |
|  | ML | Phone call from parent, re: status of applications. | 0.33 350.00/hr | 115.50 |
| 7/19/2005 | ML | Prepare disclosure to DCPS. | 0.75 350.00/hr | 262.50 |
|  | CMM | Assisted attorney to prepare disclosure to DCPS | 1.50 105.00/hr | 157.50 |
| 7/21/2005 | ML | Conference with advocate, re: additional hearing issues and changes in case status. | 0.25 350.00/hr | 87.50 |
|  | CS | Pre-hearing conference with attorney | 0.25 175.00/hr | 43.75 |
| 7/25/2005 | ML | Prepared for Due Process Hearing. | 1.00 350.00/hr | 350.00 |
|  | CS | Discussion with the child's attorney re upcoming hearing and providing Gambale case update since she will be arguing the case | 0.33 175.00/hr | 57.75 |

Mico Dutch                                                                                              Page    4

|            |    |                                                                                    | Hrs/Rate        | Amount   |
|------------|----|------------------------------------------------------------------------------------|-----------------|----------|
| 7/25/2005  | CS | Prepared for Due Process Hearing                                                   | 0.50 175.00/hr  | 87.50    |
| 7/26/2005  | RG | Prepared for Due Process Hearing and discussion with ML                            | 1.00 275.00/hr  | 275.00   |
|            | ML | Phone call from DCPS attorney Puckett re settlement terms.                         | 0.33 350.00/hr  | 115.50   |
|            | ML | Prepared and sent to DCPS a withdrawal of hearing request.                         | 0.42 350.00/hr  | 147.00   |
|            | ML | Phone call to parent and grandparent, re: settlement terms and new authorizations required. | 0.33 350.00/hr | 115.50 |
|            | CS | Discussion with the child's attorney re settlement of complaint                    | 0.25 175.00/hr  | 43.75    |
|            | CS | Research educational needs via review SA                                           | 0.33 175.00/hr  | 57.75    |
|            | ML | Discussion with the child's advocate re settlement of complaint                    | 0.25 350.00/hr  | 87.50    |
|            |    | For professional services rendered                                                 | 29.66           | $5,819.70|

Additional Charges :

| 3/30/2005 | Copied documents status letter with S/A | 1.00 |
|-----------|------------------------------------------|------|
|           | Postage; letter to parent (SA)           | 0.37 |
| 5/20/2005 | Copied: Placement package for Lab School of Washington, Kingsbury School, Lourre Center School, and Ivymount School. | 49.00 |
| 5/23/2005 | Postage; letter to parent/ Case status update ltr to parent | 0.74 |
|           | Postage; letter to parent/ Placement packages to Ivymount School, Lourie Center, The Children Guild, The Lab School, Kingsburry @ WDC | 9.90 |
| 5/31/2005 | Copied documents; letter to parent       | 0.50 |
|           | Postage; Case status letter to parent.   | 0.37 |
| 6/8/2005  | Postage; Placement letter to parent      | 0.37 |
|           | Copied documents; letter to parent       | 0.50 |
| 6/14/2005 | Copied: HOD letter for parent.           | 1.25 |

Mico Dutch                                                                                          Page    5

                                                                                                   <u>Amount</u>

| Date | Description | Amount |
|---|---|---:|
| 6/15/2005 | Postage; letter to parent. | 0.60 |
|  | Copied documents; letter to parent | 0.50 |
| 6/16/2005 | Postage; HND letter to parent | 0.37 |
|  | Copied documents; letter to parent | 0.50 |
| 6/27/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; Case status letter to parent. | 0.37 |
| 7/7/2005 | Copied documents- Ltr with HND | 0.50 |
| 7/8/2005 | Postage; HND letter to parent. | 0.37 |
| 7/19/2005 | Copied: Disclosure for SHO, OGC, and attorney. | 69.00 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/26/2005 | Facsimile withdrawal to DCPS | 8.00 |
|  | File review preparation of bill and invoice audit | 96.88 |
|  | **Total costs** | **$261.59** |
|  | **Total amount of this bill** | **$6,081.29** |