# EXHIBIT 4

# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1.  **Attorney Information**
    Law Firm:                        JAMES E. BROWN & ASSOCIATES, PLLC
    Attorney:                        JAMES E. BROWN
    Federal Tax ID No.:              52-1500760
    D.C. Bar No.:                    61622

2.  **Student Information**
    Name:                            Juan Carlos Fuentes
    DOB:                             10/28/88
    Date of Determination (HOD/SA):  8/4/05
    Parent/Guardian Name:            Marisol Sagostisado
    Parent/Guardian Address:         1228 11th St., NW, #4, WDC 20001
    Current School:                  Bell Multicultural SHS
    Home School:                     Bell Multicultural SHS

3.  **Invoice Information**
    Invoice Number:                  05-403SA
    Date Request Submitted:          8/26/05
    Date(s) Services Rendered        5/16/05 to 8/11/05
    Amount of Payment Request        $ 4,000.00

4.  **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

* all services listed on the enclosed invoices were actually performed;
* the entire amount requested on the enclosed invoice for payment of costs and expenses
  represents the actual amount of costs and expenses incurred;
* the District of Columbia Public Schools is the sole entity from which payment of the fees,
  costs and expenses itemized on the enclosed invoice is requested;
* no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2)
  will benefit from any monies paid as a result of the submission of the enclosed invoice, has a
  pecuniary interest, either through an attorney, officer or employee of the firm, in any special
  education diagnostic services, schools, or other special education service providers;
* I understand that the making of a false statement to an agency of the DC Government is
  punishable by criminal penalties pursuant to D.C. Code §22-2405.


Signature                                   August 26, 2005
                                            Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000      Fax: 202-442-5098
www.k12.dc.us

August 4, 2005

Miguel Hull, Esquire
James E. Brown & Associates
1220 L Street, N.W.
Suite 700
Washington, D.C. 20005

<u>**PROPOSED SETTLEMENT**</u>

<u>**VIA FACSIMILE   (202) 742-2097/8 and U.S. MAIL**</u>

**Subject: Due Process Hearing Request for Juan Carlos Fuentes
DOB: 10-28-1988
Attending School: Bell Multicultural Senior High School
Home School: Bell Multicultural Senior High School**

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated June 30, 2005, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about June 30, 2005, pursuant to the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq.; 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended February 28, 2003. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is October 28, 1988, that the attending and home school is Bell Multicultural Senior High School.

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with

Re: Juan Carlos Fuentes
8/4/2005
Page 2

the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

        a. Within 30 days of the execution of this agreement, DCPS agrees to complete a Vocational Assessment Level II;

        b. DCPS agrees to convene an MDT/IEP meeting on or before September 23, 2005 to:
            i) review all current evaluations
            ii) review and revise the IEP, if warranted
            iii) discuss and determine an appropriate placement for SY 05-06
        c. DCPS agrees to discuss and determine compensatory education, if any.

    5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (e.g., natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

    9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

    10. Parent agrees to accept reasonable attorney fees not to exceed Four Thousand ($4,000.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

Re: Juan Carlos Fuentes
8/4/2005
Page 3

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Agreed to:

Miguel Hull, Esquire
Counsel for Parent

(print name)

Agreed to:

Quinne Harris-Lindsey
Supervisory Attorney Advisor

(print name)

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Tilman L. Gerald
--------------------------------

* Admitted in Maryland Only

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Roxanne D. Neloms
John A. Straus
Marshall Lammers°
Delores Scott McKnight

------------------------------

! Admitted in Bolivia Only

August 5, 2005

Student Hearing Office
District of Columbia Public Schools
825 North Capitol St., NE, 9th floor
Washington, D.C. 20002
*Via facsimile only 202 442-5556*

> **RE:    Juan Carlos Fuentes DOB: 10/28/88 –Withdrawal of due process hearing
> request dated 6/29/05 Hearing set for 8/5/05 at 3:00 p.m.**

Dear Sir or Madam:

Ms. Marisol Sagastisado, mother of Juan Carlos Fuentes, hereby advises that she and the DCPS Office of the General Counsel have reached an agreement regarding the issues raised in the due process hearing request dated June 29, 2005 and set for hearing on August 5, 2005 at 3:00 pm and that in light of the settlement, she hereby *withdraws* the hearing request in question. Be further advised that this withdrawal is solely limited to the specific issues raised in the hearing request and is not intended to effect any of the parent's or student's other rights under the Individuals with Disabilities Education Act ("IDEA"); D.C. Code; or District of Columbia Municipal Regulations ("DCMR").

Thank you for your attention and please do not hesitate to contact me if you have any question or comments.

Yours truly,

Miguel A. Hull

CC:    Quinne Harris-Lindsey, Esq. DCPS Office of the General Counsel

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
* Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

```
********************
***   TX REPORT   ***
********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3143 |
| CONNECTION TEL | 94425098 |
| SUBADDRESS | |
| CONNECTION ID | OFF.OF GENERAL C |
| ST. TIME | 08/05 10:31 |
| USAGE T | 00'50 |
| PGS. SENT | 5 |
| RESULT | OK |

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jcblaw.biz | ! Admitted in Bolivia Only |

# *FAX COVER SHEET*

TO:        Quinne Harris-Lindsey, Esq.
           Office of the General Counsel
           District of Columbia Public Schools

DATE:      August 5, 2005

TEL NO.:   202 442-5000

FAX NO.:   202 442-5097/98

FROM:      Miguel A. Hull, Esq.

SUBJECT:   **Juan Carlos Fuentes DOB: 10/28/88– Signed Settlement and Withdrawal
           of due process hearing request dated 6/29/05 Hearing set for 8/5/05 at
           3:00 p.m.**

NUMBER OF PAGES INCLUDING COVER SHEET: _____

COMMENTS:

```
**********************
***    TX REPORT    ***
**********************

TRANSMISSION OK

TX/RX NO            3144
CONNECTION TEL              94425556
SUBADDRESS
CONNECTION ID
ST. TIME            08/05 10:33
USAGE T             00'23
PGS. SENT              2
RESULT             OK
```

# James E. Brown & Associates, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Migue A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Dolores Scott McKnight
Marshall Lammers°

! Admitted in Bolivia Only

# *FAX COVER SHEET*

TO:          Student Hearing Office
             District of Columbia Public Schools

DATE:        August 5, 2005

TEL NO.:     202 442-5432

FAX NO.:     202 442-5556

FROM:        Miguel A. Hull, Esq.

SUBJECT:     **Juan Carlos Fuentes DOB: 10/28/88– Withdrawal of due process hearing
             request dated 6/29/05 Hearing set for 8/5/05 at 3:00 p.m.**

NUMBER OF PAGES INCLUDING COVER SHEET: ___2___

COMMENTS:

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
Juan Carlos Fuentes
Marisol Sagastisado
1148 11th Street, NW
Apt # 4
Washington DC 20001


August 11, 2005
In Reference To:    Juan Carlos Fuentes
                    DOB:
                    School: Bell Multicultural SHS

Invoice #10888

        Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/16/2005 | CF | Reviewed case | 0.50<br>175.00/hr | 87.50 |
| 5/27/2005 | HR | Draft letter to Tubman Elementary School requesting meeting and sent it via facsimile with copy of the Hearing Officer's Determination. | 0.58<br>105.00/hr | 60.90 |
|  | HR | Draft letter to parent detailing the hearing officer's determination | 0.58<br>105.00/hr | 60.90 |
|  | HR | Phone call to Bells Senior High School confirming receipt of facsimile sent. | 0.17<br>105.00/hr | 17.85 |
| 6/7/2005 | JF | Discussed issues and strategies with educational advocate, reviewed all educational/legal information in file regarding overall progress of case | 0.50<br>350.00/hr | 175.00 |
| 6/8/2005 | CF | Reviewed case | 0.33<br>175.00/hr | 57.75 |
| 6/9/2005 | MH | Reviewed file to determine status and plan strategy. | 0.42<br>350.00/hr | 147.00 |
|  | JF | Discussion with Ms. Pender, Special Ed. Coordinator at Bell Multicultural regarding FBA and MDT/IEP meeting | 0.25<br>350.00/hr | 87.50 |
| 6/14/2005 | MH | Conference with parent regarding pending evaluations and possible change in placement. | 0.33<br>350.00/hr | 115.50 |

Juan Carlos Fuentes                                                          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2005 | MH | Conference with parent, and social worker regarding placement for next year and pending criminal charges and how that affects efforts to obtain FAPE. | 1.17 350.00/hr | 409.50 |
| 6/20/2005 | HR | Phone call to Phillips School regarding status of placement packet sent for consideration to their program. | 0.25 105.00/hr | 26.25 |
|  | HR | Phone call to Rock Creek Academy regarding status of placement packet sent for consideration to their program. | 0.25 105.00/hr | 26.25 |
|  | HR | Phone call to Florence Bertall Academy regarding status of placement packet sent for consideration to their program. | 0.33 105.00/hr | 34.65 |
| 6/22/2005 | HR | Phone call to mom to coordinate dates for per admissions interview at Phillips, Florence Bertell Academy, and Accotink Academy. | 0.33 105.00/hr | 34.65 |
|  | JF | Research to ascertain if HOD had been comply wth by DCPS | 0.33 350.00/hr | 115.50 |
|  | HR | Phone call to Accotink Academy regarding status of placement packet sent for consideration to their program. | 0.25 105.00/hr | 26.25 |
| 6/23/2005 | JF | Discussion with Social Worker, Maura Garibay, case manager from DCPS regarding MDT/IEP meeting | 0.25 350.00/hr | 87.50 |
| 6/30/2005 | MH | Prepared and file due process hearing request to DCPS. | 1.17 350.00/hr | 409.50 |
| 7/5/2005 | HR | Draft case status letter to parent detailing the hearing request | 0.50 105.00/hr | 52.50 |
| 7/6/2005 | MH | Discussed case with the advocate | 0.50 350.00/hr | 175.00 |
|  | HR | Draft memo to attorney and advocate informing them of phone call from Florence Bertal Academy and phone call with mom, also informed them of mom's suggestions. | 0.25 105.00/hr | 26.25 |
|  | HR | Phone call to mom regarding phone call from Ms. Norwood at Florence Bertal Academy concerning the pre admissions interview and visit scheduled for today, discussed placement mom wants a school in the DC area, and discussed other visit scheduled for this month. | 0.33 105.00/hr | 34.65 |
|  | HR | Phone call from Ms. Norwood at Florence Bertal Academy regarding pre admissions interview and visit scheduled for today. | 0.25 105.00/hr | 26.25 |
|  | CF | Phone call to parent about meeting | 0.25 175.00/hr | 43.75 |
|  | CF | Conference with parent at the office about student placement | 1.33 175.00/hr | 232.75 |

Juan Carlos Fuentes                                                                    Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/6/2005 | CF | Phone call to parent to discuss placement issue | 0.33 175.00/hr | 57.75 |
|  | CF | Discussed case with the attorney | 0.50 175.00/hr | 87.50 |
| 7/7/2005 | CF | Private school visit with parent | 3.00 175.00/hr | 525.00 |
| 7/13/2005 | CF | Reviewed Functional Assessment and Behavioral Intervention Plan. | 0.50 175.00/hr | 87.50 |
| 7/18/2005 | CF | Phone call to parent about possible placement. | 0.25 175.00/hr | 43.75 |
| 7/19/2005 | HR | Draft case status letter to parent informing them of the notice of hearing | 0.42 105.00/hr | 44.10 |
| 7/20/2005 | HR | Draft letter to the Student Hearing Office requesting an interpreter for the upcoming hearing and sent letter via facsimile and sent a copy to the Office of the General Counsel. | 0.50 105.00/hr | 52.50 |
| 7/21/2005 | HR | Draft letter to parent informing them of placement packages sent out | 0.42 105.00/hr | 44.10 |
|  | HR | Draft letter and prepared documents to send placement package at Foundations School | 0.50 105.00/hr | 52.50 |
|  | HR | Draft letter and prepared documents to send placement package at Pathways School | 0.50 105.00/hr | 52.50 |
| 7/25/2005 | CF | Phone call to parent respect to visits to school. | 0.17 175.00/hr | 29.75 |
|  | CF | Phone call from parent regards visiting school. | 0.25 175.00/hr | 43.75 |
| 7/28/2005 | HR | Researched documents to prepare disclosure | 0.42 105.00/hr | 44.10 |
|  | HR | Draft letter to parent informing them hearing location change for the hearing scheduled for August 5, 2005, all hearing will be held at Whittier Elementary School from August 1-19, and called parent to inform them of change as well . | 0.42 105.00/hr | 44.10 |
|  | MH | Pre-hearing conference with attorney and parent.  Reviewed issues for hearing and discussed concerns that have arrisen since filing hearing request. | 0.33 350.00/hr | 115.50 |
| 7/29/2005 | HR | Assisted attorney to prepare disclosure to DCPS | 1.17 105.00/hr | 122.85 |

Juan Carlos Fuentes                                                                                    Page    4

|            |    |                                                                                                                                                                                                 | Hrs/Rate | Amount |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 7/29/2005  | HR | Draft letter to the student hearing office regarding Motion to Compel Witness and sent letter via facsimile to the SHO and to the Office of the General Counsel.                                  | 0.50 105.00/hr | 52.50 |
|            | CF | Reviewed case                                                                                                                                                                                    | 0.50 175.00/hr | 87.50 |
|            | MH | Prepare disclosure to DCPS with assistance from paralegal.  Reviewed entire file and identified potential exhibits and witnesses, prepared exhibit packet and cover letter and supervised delivery to DCPS counsel. | 1.17 350.00/hr | 409.50 |
| 8/3/2005   | MH | Prepared for Due Process Hearing.  Reviewed DCPS and parent's disclosure materials, conducted legal research on issues raised, prepared potential witness questions and legal arguments for hearing, and discussed strategy with parent. | 1.17 350.00/hr | 409.50 |
| 8/4/2005   | MH | Reviewed and executed settlement agreement; discussion with attorney advisor and parent                                                                                                          | 0.50 350.00/hr | 175.00 |
|            | MH | Conference with DCPS attorney advisor regarding possible settlement.                                                                                                                             | 0.58 350.00/hr | 203.00 |
|            | JF | Prepared for Due Process Hearing by reviewing complaint, IEP, MDT/IEP meeting notes, all evaluations and any other information relevant to the cas. Contacted parent                              | 1.50 350.00/hr | 525.00 |
|            | CF | Phone call to private school regards meeting                                                                                                                                                     | 0.33 175.00/hr | 57.75 |
|            | CF | Phone call to parent regards the hearing                                                                                                                                                         | 0.33 175.00/hr | 57.75 |
|            | CF | Phone call to private school regards the hearing                                                                                                                                                 | 0.50 175.00/hr | 87.50 |
| 8/5/2005   | CF | Phone call to school regards MDT meeting                                                                                                                                                         | 0.33 175.00/hr | 57.75 |
|            | CF | Phone call to school requesting FBA                                                                                                                                                              | 0.25 175.00/hr | 43.75 |
|            | MH | Conference with advocate and attorney, and counselor at Whisper Ridge Behaviroa Health Center to review status and discuss strategy.                                                             | 0.33 350.00/hr | 115.50 |
|            | MH | Drafted withdrawal letter to DCPS / Attorney                                                                                                                                                     | 0.25 350.00/hr | 87.50 |
|            | CF | Sent copy of the SA to private school                                                                                                                                                           | 0.33 175.00/hr | 57.75 |

Juan Carlos Fuentes                                                                    Page    5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/5/2005 | CF | Phone call to parent regards placement | 0.33 175.00/hr | 57.75 |
| | CF | Phone call from parent regards the hearing | 0.25 175.00/hr | 43.75 |
| | CF | Phone call from private school regards the first day of class | 0.33 175.00/hr | 57.75 |
| | CF | Phone call to parent regards to settlement agreement | 0.33 175.00/hr | 57.75 |
| | CF | Phone call to private school regards the SA | 0.25 175.00/hr | 43.75 |
| | CF | Phone call from private school regards placement | 0.33 175.00/hr | 57.75 |
| | CF | Phone call to private school regards placement | 0.25 175.00/hr | 43.75 |
| | CF | Conference case with the attorney | 0.33 175.00/hr | 57.75 |
| 8/8/2005 | HR | Draft case status letter to parent detailing the settlement agreement | 0.50 105.00/hr | 52.50 |
| | HR | Draft letter to Bell Senior High School regarding the Settlement Agreement and sent letter with attached copy of agreement via facsimile to the school. | 0.50 105.00/hr | 52.50 |
| | HR | Draft letter to parent informing them of placement package resent out | 0.42 105.00/hr | 44.10 |
| | | For professional services rendered | 33.47 | $7,014.70 |

Additional Charges :

| | | |
|---|---|---|
| 5/27/2005 | Facsimile: HOD letter to Bell SHS. | 9.00 |
| | Copied: HOD letter for parent. | 2.25 |
| 5/31/2005 | Postage; Case status letter to parent. | 0.60 |
| 6/8/2005 | Facsimile: MDT letter to Pender and  Bell. | 2.00 |
| 6/16/2005 | Taxi service to Juvenile Hearing at DC Superior Court | 8.00 |
| 7/5/2005 | Postage; Case status letter to parent. | 0.37 |

Juan Carlos Fuentes                                                                      Page     6

                                                                                              Amount

| Date | Description | Amount |
|---|---|---:|
| 7/5/2005 | Copied: Hearing request letter for parent. | 1.25 |
| 7/6/2005 | Copied: IEP for school. | 11.50 |
| 7/18/2005 | Copied: Psycho ed evaluation for file. | 5.00 |
| 7/19/2005 | Postage; case status letter to parent. | 0.37 |
|  | Copied: Letter for parent. | 0.50 |
| 7/21/2005 | Copied documents- School Placement package | 10.50 |
|  | Copied documents- School Placement package | 10.50 |
|  | Copied documents- Placement Ltr w/case status | 0.50 |
|  | Postage; placement letter to parent. | 0.37 |
|  | Postage; Placement packages to Pathways and Foundations | 3.96 |
| 7/28/2005 | Copied: Hearing notice letter for parent. | 0.50 |
|  | Postage; letter to parent re: change of address for hearing in August. | 0.37 |
| 7/29/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
|  | Copied: Disclosure for SHO and OGC. | 48.00 |
|  | Facsimile to OGC:  Motion to compel witness | 2.00 |
|  | Facsimile to SHO:  Motion to compel witness | 2.00 |
| 8/4/2005 | Facsimile Received from DCPS; settlement proposal | 3.00 |
| 8/5/2005 | Facsimile withdrawal | 7.00 |
| 8/8/2005 | Copied: SA letter with case status for parent. | 1.25 |
|  | Postage; letter to parent re: HOD. | 0.37 |
|  | Postage; letter to parent re: placement letter. | 0.37 |
|  | Postage; Placement package to RCA. | 2.90 |
|  | Copied documents; placement packet to RCA | 17.25 |
|  | Copied documents; letter to parent | 0.50 |
|  | Facsimile: SA letter to Bell SHS. | 5.00 |

Juan Carlos Fuentes                                                                                 Page    7

                                                                                                  Amount

8/11/2005 File review preparation of bill and invoice audit                                          96.88

          Total costs                                                                             $274.06

          Total amount of this bill                                                             $7,288.76