# EXHIBIT 5

# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Renicka Jones
   DOB: 7/27/88
   Date of Determination (HOD/SA): 7/27/05
   Parent/Guardian Name: Patricia Jones
   Parent/Guardian Address: 44 -A Bates St., NW, WDC 20001
   Current School: Bell Multicultural SHS
   Home School: Dunbar SHS

3. **Invoice Information**
   Invoice Number: 05-404SA
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 6/20/05 to 8/2/05
   Amount of Payment Request: $ 4,000.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E Brown_ (Signature)

August 26, 2005
Date



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

July 26, 2005

Mr. Christopher West, Esq.
James E. Brown & Associates, PLLC
1220 L Street NW, Suite 700
Washington, DC 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202-742-2097**

Subject: Due Process Hearing for Renicka Jones
DOB:   7/27/88
Attending School:  Bell Multicultural SHS
Home School: Dunbar SHS

Dear Mr. West:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Wednesday, July 27, 2005 at 11:00 a.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter. The underlying hearing request was filed on or about June 2, 2005, pursuant to the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq.; 34 CFR §§300 et seq.; DCMR §§ 3000 et. seq., as amended February 28, 2003. The parties have agreed to the following terms and conditions:

1. Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The Parent/Counsel verifies that the student's date of birth is July 27, 1988. The attending school is Bell Multicultural SHS.

3. Parent/Counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

07/27/2005 09:58 FAX 202 742 5098  OFF.GENERAL COUNSEL  ☒003/004
07/27/2005 08:51 FAX 202 742 209  Brown & Associates  ☒003
07/26/2005 18:08 FAX 202 442 50.  OFF. OF GENERAL COUNSEL  ☒003/004

Case 1:06-cv-00378-ESH    Document 6    Filed 02/14/2006    Page 4 of 4

DCPS Office of the General Counsel
Page 2

4. DCPS agrees to fund an independent clinical and an independent functional behavior assessment, consistent with DCPS guidelines. Parent/counsel agrees that DCPS' liability is limited to costs not to exceed those specified in the Superintendent Directive Number 530.6, dated March 20, 2002.

5. DCPS agrees to convene an MDT/IEP meeting within fifteen (15) business days after completion of the evaluation. At the meeting DCPS agrees to review all evaluations, update the student's IEP as warranted, discuss placement and discuss compensatory education. For a public placement, a Prior Notice of Placement will be issued within five (5) school days of the MDT meeting and for a private placement a PNOP will be issued within thirty (30) calendar days of the MDT meeting.

6. All meetings/conferences/evaluations shall be scheduled through counsel for the parent, via facsimile, at 202/742-2098.

7. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

8. If for some reason DCPS is unable to comply with this agreement as result of unforeseen circumstances beyond its control, DCPS will request that parent/counsel agree to extend the deadlines or negotiate new timelines, whichever is appropriate. Parent/counsel will not unreasonably deny any such request for an extension or renegotiation.

9. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply. The person that should be contacted is Jeff Kaplan at 442-4800.

10. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

11. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Four Thousand ($4,000.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

12. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

Sincerely,

Katherine G. Rodi
Attorney Advisor

DCPS Office of the General Counsel
Page 3.

Agreed to: __Christopher West__ Date __7/26/05__
Christopher West, Esq.
Counsel for Parent

Agreed to: __Katherine G. Rodi__ Date __7/27/05__
Katherine G. Rodi, Esq.
Attorney Advisor

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Tilman L. Gerald | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Marshall Lammers°<br>Delores Scott McKnight |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

July 27, 2005

**VIA FACSIMILE**
Sharon Newsome
Student Hearing Office
District of Columbia Public Schools
825 North Capitol Street, NE
8th Floor
Washington, DC 20002

                     **RE: Renicka Jones**
                         **DOB: 7-27-88**

Dear Ms. Newsome:

    The parent, on behalf of the minor child, hereby withdraws the request for due process hearing, dated June 21, 2005. This withdrawal of the request for due process hearing does not waive the right for the parent to file a future request for due process hearing. For your review, I have enclosed a copy of the settlement agreement reached between the parent and the District of Columbia Public Schools.

    Thank you for your attention, and if you are in need of additional information, please do not hesitate to contact me directly at 202-742-2003.

                                                     Respectfully,

                                                     Christopher L. West

cc:     Katherine Rodi, Esq., Office of General Counsel

---

◊ *Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.*

° *Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar. D.C. Court of Appeals.*

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 4289
CONNECTION TEL                         94425098
CONNECTION ID
ST. TIME                 07/28 08:46
USAGE T                  00'37
PGS. SENT                2
RESULT                   OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel Hull<br>Christopher L. West<br>Tilman L. Gerald | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Marshall Lammers°<br>Delores Scott McKnight |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

**TO:**       Sharon Newsome, Student Hearing Office

              Katherine Rodi, Esq., Office of General Counsel

**FROM:**     Christopher West, Esq.

**DATE:**     7-27-05

**FAX NO:**   202-442-5556

              202-442-5098

**SUBJECT:**  Renicka Jones

              1.  **Signed Settlement Agreement**
              2.  **Letter of Hearing Withdrawal**

NUMBER OF PAGES INCLUDING COVER SHEET:            5

COMMENTS:

```
***********************
***   TX REPORT   ***
***********************
```

TRANSMISSION OK

TX/RX NO               3052
CONNECTION TEL                   94425556
SUBADDRESS
CONNECTION ID
ST. TIME               07/28 08:51
USAGE T                00'44
PGS. SENT              5
RESULT                 OK

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel Hull<br>Christopher L. West<br>Tilman L. Gerald | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Marshall Lammers°<br>Delores Scott McKnight |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

**TO:**  Sharon Newsome, Student Hearing Office

Katherine Rodi, Esq., Office of General Counsel

**FROM:**  Christopher West, Esq.

**DATE:**  7-27-05

**FAX NO:**  202-442-5556

202-442-5098

**SUBJECT:**  Renicka Jones

1. Signed Settlement Agreement
2. Letter of Hearing Withdrawal

NUMBER OF PAGES INCLUDING COVER SHEET:          5

COMMENTS:

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Renicka Jones
44-A Bates Street, NW
Washington DC 20001

August 02, 2005
In Reference To:  Renicka Jones
Invoice #10874

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/20/2005 | CW | Conference with parent to discuss opening case and child's educational needs. | 1.50 350.00/hr | 525.00 |
|  | WB | Conference with parent to discuss opening case and child's educational needs. | 1.50 105.00/hr | 157.50 |
| 6/21/2005 | AAG | Assisted attorney in preparation of request for hearing | 0.39 105.00/hr | 40.95 |
|  | AAG | Draft status letter to parent, attached hearing request | 0.42 105.00/hr | 44.10 |
|  | CW | Prepared and filed request for due process hearing for DCPS' failure to conduct evaluations; DCPS' failure to provide an appropriate educational placement; request for compensatory education; conference with paralegal re: filing request for hearing | 2.17 350.00/hr | 759.50 |
| 6/22/2005 | AAG | Drafted letter requesting records | 0.85 105.00/hr | 89.25 |
|  | AAG | Drafted letter to parent records request | 0.82 105.00/hr | 86.10 |
| 6/28/2005- 6/29/2005 | AAG | Drafted letter to parent RE: Hearing date notice | 0.46 105.00/hr | 48.30 |
| 7/1/2005 | CM | Reviewed file correspondence | 0.50 175.00/hr | 87.50 |

Renicka Jones                                                                                               Page    2

|            |     |                                                                                                                                                                                                                                                                                              | Hrs/Rate          | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 7/19/2005  | CW  | Drafted letter to Bell MultiCultural Center (Prinicpal Taveh) requesting DCPS provide copies of the completed functional behavior assessment and clinical evaluation; teleconference with Ms. Jones and discussed summer school services and reviewed witness questions in preparation for hearing; conference with paralegal re; submitting corresondences to DCPS | 1.33 350.00/hr    | 465.50    |
|            | BDL | Assisted attorney with sending letter to Maria Tukeva, Principal, Katherine Rodi, and Mary Lee Phillips.                                                                                                                                                                                                     | 0.25 105.00/hr    | 26.25     |
|            | BDL | Drafted letter to parent with copy of letter sent to Maria Tukeva.                                                                                                                                                                                                                                           | 0.42 105.00/hr    | 44.10     |
| 7/20/2005  | CW  | Prepared disclosure documents for OGC and SHO in preparation for hearing; conference with paralegal in preparation and drafting of disclosure documents; teleconference with parent and reviewed witness questions in preparation for hearing                                                                | 2.17 350.00/hr    | 759.50    |
|            | BDL | Assist attorney in preparing disclosures                                                                                                                                                                                                                                                                     | 1.00 105.00/hr    | 105.00    |
| 7/26/2005  | CW  | Reviewed disclosure documents; conference with parent and student and reviewed witness questions in preparation for hearing                                                                                                                                                                                  | 1.50 350.00/hr    | 525.00    |
| 7/27/2005  | CW  | Conference with parent and discussed proposed terms for settlement; reviewed settlment agreement; drafted and signed withdrawal of hearing letter;                                                                                                                                                           | 1.17 350.00/hr    | 409.50    |
|            | BDL | Drafted letter to parent with copy of SA.                                                                                                                                                                                                                                                                    | 0.50 105.00/hr    | 52.50     |
|            |     | For professional services rendered                                                                                                                                                                                                                                                                           | 16.95             | $4,225.55 |

Additional Charges :

| 6/20/2005 | Copied documents; intake documents             | 3.00 |
|-----------|------------------------------------------------|------|
| 6/21/2005 | Copied documents; hearing request              | 3.00 |
|           | Facsimile Hearing request to SHO               | 6.00 |
|           | Postage; letter to parent hearing request + status letter | 0.74 |
|           | Copied documents                               | 1.25 |
| 6/22/2005 | Copied documents                               | 0.50 |
|           | Postage; letter to parent records request      | 0.74 |

Renicka Jones                                                                                           Page    3

                                                                                                        Amount

| Date | Description | Amount |
|---|---|---|
| 6/22/2005 | Copied: HR letter for parent. | 1.25 |
|  | Facsimile: documents to DCPS, OGC, and OSE. | 16.00 |
| 6/28/2005 | Copied documents | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 7/19/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
|  | Facsimile to Mary Lee-Phillips, Maria TuKeva, K. Rody: Letter | 6.00 |
| 7/20/2005 | Copied documents;disclosures | 36.25 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/26/2005 | Facsimile Received from DCPS; settlement proposal | 4.00 |
| 7/27/2005 | Copied documents; letter to parent | 0.50 |
|  | Postage; letter to parent | 0.37 |
| 7/28/2005 | Facsimile withdrawal to DCPS | 7.00 |
|  | Copied documents; settlement agreement | 3.00 |
| 8/2/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | **Total costs** | **$208.22** |
|  | **Total amount of this bill** | **$4,433.77** |