# EXHIBIT 6

# District of Columbia Public Schools
## OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Ashlee Outlaw
   DOB: 7/27/91
   Date of Determination (HOD/SA): 8/1/05
   Parent/Guardian Name: Katherine Outlaw
   Parent/Guardian Address: 3619 22nd St., SE, WDC 20020
   Current School: Jackie Robinson Center
   Home School: Green E.S.

3. **Invoice Information**
   Invoice Number: 05-405SA
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 4/29/05 to 8/9/05
   Amount of Payment Request: $ 1,500.00

4. **Certification** (must be signed by principal attorney).

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_
Signature

August 26, 2005
Date



*M Torry*



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000       Fax: 202-442-5098
www.k12.dc.us

August 1, 2005

Roberta Gambale, Esquire, and Marshall M. Lammers, Esquire
James E. Brown & Associates, PLLC
1220 L Street, NW
Suite 700
Washington, DC 20005

**10 DAY LETTER**

**VIA FACSIMILE (202) 742-2098 AND U.S. MAIL**

Subject: **Due Process Hearing Request for Ashlee Outlaw**
DOB:   July 27, 1991
Attending School: Jackie Robinson Center
Home School: Green Elementary School

Dear Ms. Gambale and Mr. Lammers:

    This letter is sent to you pursuant to 34 C.F.R. § 300.513 governing the availability of attorney fees, and constitutes a written offer of settlement for the above-referenced matter. Please respond to this letter within 10 days.

    IF YOU HAVE ANY QUESTIONS, PLEASE DIRECT ALL COMMUNICATIONS TO ALLISON R. BROWN AT 202-508-8903.

    By your signature below, you agree to the following terms:

    In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated June 30, 2005, the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about June 30, 2005, pursuant to the Individuals with Disabilities Education Improvement Act of 2004. The parties have agreed to the following terms and conditions:

    1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

Re: Ashlee Outlaw
8/1/2005
Page 2

    2. Parent represents that the student's date of birth is July 27, 1997, that the attending school is Jackie Robinson Center, and that the home school is Green Elementary School.

    3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

    4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:

        (a)    DCPS agrees to convene an MDT/IEP meeting to discuss any compensatory education issues and develop a compensatory plan, if appropriate.

    5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

    6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

    7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (*e.g.*, natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

    8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

    9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

    10. Parent agrees to accept reasonable attorney fees not to exceed One Thousand Five Hundred ($1,500.00) Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

Re: Ashlee Outlaw
8/1/2005
Page 3

     11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Sincerely,

Quinne Harris-Lindsey, Esq. /ab
Acting Supervisory Attorney Advisor
District of Columbia Public Schools

Date: August 1, 2005

Agreed to: _____
Parent/Counsel for Parent

Roberta L. Gabel
(print name)

cc: Allison R. Brown

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers° |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

August 9, 2005

**Via Facsimile Only**

District of Columbia Public Schools
Hearing Coordinator
825 North Capital Street, NE
Washington, DC 20002

    Re:    Notice of Withdrawal and Settlement for
            Ashlee Outlaw  DOB 7/27/91

Attention Hearing Coordinator,

    Please withdraw the hearing scheduled to be heard on **Monday, August 15, 2005 at 11:00 am** for the above referenced student. Parties have reached an agreement in this matter.

    I appreciate your cooperation in this matter. Should you have any questions or concerns, please contact me at (202) 742-2016.

                                      Sincerely,

                                      Marshall Lammers

cc:    Quinne Harris-Lindsey, Esq., DCPS Attorney Advisor

---

◊ *Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.*

° *Admitted Only in Maryland and New Jersey; Supervision by Roberta Gambale and James E. Brown, members of the D.C. Bar. Rule 49(c)(8).*

```
***********************
***   TX REPORT    ***
***********************
```

TRANSMISSION OK

TX/RX NO                4873
CONNECTION TEL                      94425098
CONNECTION ID           OFF.OF GENERAL C
ST. TIME                08/09 13:21
USAGE T                 00'45
PGS. SENT               5
RESULT                  OK

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Tilman L. Gerald |
| Roberta Gambale | Suite 700 | Roxanne D. Neloms |
| Miguel A. Hull | Washington, DC 20005 | John A. Straus |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| | Facsimile: (202) 742-2098 | Marshall Lammers° |

\* Admitted in Maryland Only           e-mail: Admin@Jeblaw.biz           ! Admitted in Bolivia Only
                                                                          Δ Member of the DC Federal Bar

# FAX COVER SHEET

TO:    Office of General Counsel

       ATTN: Quinne Harris-Lindsey, Esq.

FROM: Marshall M. Lammers, Esq.

DATE: August 9, 2005

FAX NO: 202-442-~~5550~~ 5096/5097

SUBJECT: Notice of Withdrawal and Settlement

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: *Notice of Withdrawal of Hearing Request for*
          *Student: Ashlee Outlaw  DOB 7/27/91*

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

    TRANSMISSION OK

    TX/RX NO              4872
    CONNECTION TEL                           94425556
    CONNECTION ID
    ST. TIME              08/09 13:20
    USAGE T               00'39
    PGS. SENT             5
    RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers° |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

# FAX COVER SHEET

TO:    Office of Student Hearings

       ATTN: Sharon Newsome

FROM: Marshall M. Lammers, Esq,

DATE: August 9, 2005

FAX NO: 202-442-5556

SUBJECT: Notice of Withdrawal and Settlement

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: *Notice of Withdrawal of Hearing Request for Student: Ashlee Outlaw  DOB 7/27/91*

# LEGEND

### ATTORNEYS
| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS
| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES
| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS
| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Ashlee Outlaw

August 17, 2005
In Reference To:   Ashlee Outlaw
Invoice #10906

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/2005 | CS | Research educational needs via SA for advocate action to be taken | 0.33 175.00/hr | 57.75 |
| 5/3/2005 | ML | Drafted letter to parent re: settlement agreement and placement timeline. | 0.42 350.00/hr | 147.00 |
| 5/9/2005 | ML | Phone call from parent re: placement timeline. | 0.33 350.00/hr | 115.50 |
| | ML | Phone call to Jackie Robinson re: placement decision. | 0.33 350.00/hr | 115.50 |
| | ML | Phone call to parent, re: case status and settlement terms | 0.33 350.00/hr | 115.50 |
| 5/11/2005 | ML | Phone call to Jackie Robinson school re: placement timeline. | 0.33 350.00/hr | 115.50 |
| 5/13/2005 | ML | Draft letter to Jackie Robinson, re placement HOD and transportation | 0.42 350.00/hr | 147.00 |
| | CS | Draft letter to Jackie Robinson Center re placement | 0.42 175.00/hr | 73.50 |
| 5/16/2005 | CMM | Drafted case status letter to parent | 0.50 105.00/hr | 52.50 |
| | CS | Phone call from parent | 0.17 175.00/hr | 29.75 |

Ashlee Outlaw                                                                                                        Page    2

|              |     |                                                                                      | Hrs/Rate       | Amount |
|--------------|-----|--------------------------------------------------------------------------------------|----------------|--------|
| 5/18/2005    | ML  | Phone call from parent re: transportation started without notice.                    | 0.33 350.00/hr | 115.50 |
| 5/20/2005    | ML  | Phone call from Greg Brochu at OSE, re: student records for Ashlee.                  | 0.33 350.00/hr | 115.50 |
|              | ML  | Phone call to father, re: uniform policy and contact people at new school.           | 0.33 350.00/hr | 115.50 |
| 6/29/2005    | ML  | Draft letter to mediation and compliance, re: settlement violation.                  | 0.42 350.00/hr | 147.00 |
| 7/1/2005     | ML  | Prepared and file due process hearing request to DCPS.                               | 2.00 350.00/hr | 700.00 |
|              | CMM | Drafted letter to parent/enclosed letter sent to DCPS in request of MDT meeting      | 0.50 105.00/hr | 52.50  |
| 7/7/2005     | ML  | Draft letter to parent, re hearing request and pending issues.                       | 0.42 350.00/hr | 147.00 |
| 7/8/2005     | CS  | Examined hearing request filed by attorney                                           | 0.42 175.00/hr | 73.50  |
| 8/2/2005     | ML  | Draft letter to parent, re: settlement proposal and hearing dates                    | 0.42 350.00/hr | 147.00 |
| 8/4/2005     | CS  | Research educational needs via review of SA                                          | 0.42 175.00/hr | 73.50  |
|              | ML  | Prepare disclosure to DCPS.                                                          | 0.75 350.00/hr | 262.50 |
| 8/5/2005     | CS  | Research educational needs via examination of SA                                     | 0.33 175.00/hr | 57.75  |
| 8/8/2005     | CMM | Assisted attorney to prepare disclosure to DCPS                                      | 1.50 105.00/hr | 157.50 |
|              | CMM | Drafted letter to parent with hearing information                                    | 0.50 105.00/hr | 52.50  |
|              | CMM | Phone call to parent to confirm hearing attendance (left VM)                         | 0.08 105.00/hr | 8.40   |
| 8/9/2005     | CS  | Discussion with the child's attorney issues for upcoming hearing/possible SA         | 0.33 175.00/hr | 57.75  |
|              | ML  | Prepared and sent to DCPS a withdrawal of hearing request.                           | 0.50 350.00/hr | 175.00 |

Ashlee Outlaw                                                                                    Page    3

|  |  | Hours | Amount |
|---|---|---:|---:|
|  | For professional services rendered | 13.16 | $3,427.90 |
|  | Additional Charges : |  |  |
| 5/3/2005 | Postage; letter to parent re: Placement. |  | 0.60 |
|  | Copied documents; letter to parent |  | 0.50 |
| 5/13/2005 | Facsimile: letter to Eastern Center |  | 2.00 |
| 5/16/2005 | Postage; letter to parent re: case status. |  | 0.60 |
|  | Copied: case status letter for parent. |  | 0.50 |
| 7/1/2005 | Postage; records and evaluations request letter to parent. MDT meeting request. |  | 0.74 |
|  | Copied documents; Ltr. to parent / ltr. sent to DCPS |  | 0.50 |
|  | Facsimile HR to SHO |  | 5.00 |
|  | Copied documents; HR |  | 2.50 |
| 7/7/2005 | Copied documents; letter to parent |  | 0.50 |
| 7/8/2005 | Postage; letter to parent. |  | 0.60 |
| 8/2/2005 | Copied documents; letter to parent |  | 0.50 |
|  | Postage; letter to parent. |  | 0.37 |
| 8/8/2005 | Messenger Service to and from DCPS (5-day Disclosures) |  | 20.00 |
|  | Postage; letter to parent re: HND. |  | 0.37 |
|  | Copied: Disclosure for OGC, SHO, and attorney. |  | 68.25 |
| 8/9/2005 | File review preparation of bill and invoice audit |  | 96.88 |
|  | Facsimile withdrawal to DCPS |  | 10.00 |
|  | Total costs |  | $210.41 |
|  | Total amount of this bill |  | $3,638.31 |