# EXHIBIT 7



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Natalie Phipps
   DOB: 11/24/99
   Date of Determination (HOD/SA): 7/29/05
   Parent/Guardian Name: Lorena & Antonio Phipps
   Parent/Guardian Address: 4424 9th St., NW, WDC 20011
   Current School: Sharpe Health Center
   Home School: Clark E.S.

3. **Invoice Information**
   Invoice Number: 05-406SA
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 1/4/05 to 8/9/05
   Amount of Payment Request: $ 3,200.00

4. **Certification** (must be signed by principal attorney)

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_____          August 26, 2005
Signature                                       Date



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000    Fax: 202-442-5098
www.k12.dc.us

July 29, 2005

Mr. Miguel Hull, Esquire
James E. Brown and Associates, PLLC
1220 L Street NW, Suite 700
Washington, DC 20005

**PROPOSED SETTLEMENT**

**VIA FACSIMILE 202-742-2097**

Subject: **Due Process Hearing Request for Natalie Phipps**
DOB:   11/24/99
Attending School:  Sharpe Health Center
Home School:  Clark ES

This letter constitutes an offer of settlement for the above-referenced matter.

By your signature below, you agree to the following terms:

In lieu of the formal Due Process Hearing in the above-referenced matter, the request for which was dated Monday, August 1, 2005 the parties to this action, District of Columbia Public Schools (hereinafter "DCPS"), and Parent or Parent's representative (hereinafter "Parent") agree to resolve this matter under the terms and conditions set forth herein. The underlying hearing request was filed on or about June 24, 2005, pursuant to the Individuals with Disabilities Education Improvement Act of 2004. The parties have agreed to the following terms and conditions:

1. Parent represents that the student is a resident of the District of Columbia, has established residency, and has been registered as attending or non-attending at his/her local school. If DCPS becomes aware subsequent to the execution of this Settlement Agreement that residency and/or registration has not been completed and/or established then any obligations undertaken by DCPS pursuant to this Settlement Agreement will be terminated, and DCPS shall retain the right to seek relief for any benefit conferred based upon false representations of residency and/or registration.

2. Parent represents that the student's date of birth is November 11, 199, that the attending school is Sharpe Health Center, and that the home school is Clark ES   .

3. Parent agrees to cooperate fully with DCPS in the implementation of the terms of this Settlement Agreement. Any delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student, as it pertains to testing, meeting dates, or other compliance with the terms of this Settlement Agreement will toll any deadlines herein by one day for each day of delay. DCPS further retains the right to take necessary action, consistent with IDEA, to ensure the continued

Re: Natalie Phipps
7/29/2005
Page 2

delivery of a free appropriate public education for the student to the extent the delivery of such free appropriate public education may be impeded by delay caused by the student, parent, advocate, counsel, or other representative of Parent or the student.

4. To the extent that the action described herein has not occurred, or the relief sought in the Due Process Hearing Request has not been provided, the parties agree to the following:
 a. DCPS agrees to fund a total of thirty-six (36) hours of compensatory education
   -twenty (20) hours will be delivered during the week of August 1, 2005 at Sharpe
   -during the 2005-2006 school year, the student will receive:
     -five (5) hours of speech-language services as compensatory education
     -five (5) hours of occupational therapy services as compensatory education
     -three (3) hours of one-to-one tutoring as compensatory education
     -three (3) hours of physical therapy as compensatory education
 b. DCPS agrees to convene a MDT/IEP meeting within fifteen (15) business days of the signing of this settlement. At the meeting, the team agrees to review and revise the student's IEP and discuss placement.

5. For students or parents represented by counsel, DCPS shall advise counsel of all communications regarding scheduling of meetings/conferences/evaluations conducted pursuant to this Settlement Agreement.

6. The parties agree that execution of this Settlement Agreement will occur when the signatures of Parent and DCPS have been affixed below and undersigned counsel for DCPS has received transmittal of the signed Settlement Agreement.

7. If, for some reason, DCPS is unable to comply with this Settlement Agreement as a result of reasonably unforeseen circumstances, or circumstances beyond its control (e.g., natural disaster or emergency), the parties agree to extend the deadlines reasonably or to negotiate new timelines, whichever appropriate.

8. Parent agrees to contact the Director of Compliance in the Office of Special Education in the event of a failure to comply with the terms incorporated in this Settlement Agreement in order to provide DCPS a reasonable opportunity to bring the case into compliance prior to Parent initiating further proceedings based on an alleged failure to comply. The parties agree that the method of communication will be by facsimile to (202) 442-5517.

9. This Settlement Agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, including, but not limited to, all claims that Parent now asserts or could have asserted as of the date of this Settlement Agreement.

10. Parent agrees to accept reasonable attorney fees not to exceed ~~Two thousand ($2,000.00)~~ *three thousand two hundred ($3,200.00)* Dollars, as full and final payment of any attorney fees and related costs incurred, or to be incurred, in this matter. Payment of the specified amount is contingent upon submission of the following: a) a certified invoice conforming to the DCPS attorney fee guidelines and itemizing all costs incurred to date relating to the pending hearing request; and b) signature by the parent below or written authorization by the parent for the attorney to enter into this Settlement Agreement on the parent's behalf.

Re: Natalie Phipps
7/29/2005
Page 3

11. Parent agrees that the hearing request that is the subject of this Settlement Agreement will be withdrawn immediately and that written evidence of such withdrawal must be provided to DCPS before any invoices will be processed for payment pursuant to this Settlement Agreement.

Sincerely,

*Katherine G. Rodi*
Katherine G. Rodi
Attorney-Advisor

Agreed to: *Miguel Hull*
Miguel Hull
Parent/Counsel for Parent

Agreed to: *Katherine G. Rodi*
Katherine G. Rodi
Attorney-Advisor, DCPS

TOTAL P.004

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

    TRANSMISSION OK

    TX/RX NO              4428
    CONNECTION TEL                        94425098
    CONNECTION ID
    ST. TIME              07/29 17:21
    USAGE T               00'55
    PGS. SENT             4
    RESULT                OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

---

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only        e-mail: Admin@Jeblaw.biz        ! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:     July 29, 2005

TO:       Charles A. MucCullough, II, Esq.
          Office of the General Counsel
          District of Columbia Public Schools

PHONE:    202-442-5000

FAX NO:   202 442-5098/97

FROM:     Miguel Hull, Esq.

SUBJECT:  **Natalie Phipps, DOB: 11/24/99 – Signed settlement agreement.**

NUMBER OF PAGES INCLUDING COVER SHEET: __4__

COMMENTS:

Please sign and return. Withdrawal to be filed after signed copy is received.

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                    4429
CONNECTION TEL                              94425098
CONNECTION ID
ST. TIME                    07/29 17:22
USAGE T                     00'55
PGS. SENT                   4
RESULT                      OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Tilman L. Gerald | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Marshall Lammers°<br>DeJores Scott McKnight |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

## FAX COVER SHEET

DATE:      July 29, 2005

TO:        ~~Charles A. McCullough, II, Esq.~~ Kathy Rodi
           Office of the General Counsel
           District of Columbia Public Schools

PHONE:     202-442-5000

FAX NO:    202 442-5098/97

FROM:      Miguel Hull, Esq.

SUBJECT:   **Natalie Phipps, DOB: 11/24/99 -- Signed settlement agreement.**

NUMBER OF PAGES INCLUDING COVER SHEET: 4

COMMENTS:

Please sign and return. Withdrawal to be filed after signed copy is received.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4427
CONNECTION TEL                      94425098
CONNECTION ID
ST. TIME              07/29 17:19
USAGE T               00'57
PGS. SENT             4
RESULT                OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |

* Admitted in Maryland Only        e-mail: Admin@Jeblaw.biz        ! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:       July 29, 2005

TO:         Charles A. MucCullough, II, Esq.
            Office of the General Counsel
            District of Columbia Public Schools

PHONE:      202-442-5000

FAX NO:     202 442-5098/97

FROM:       Miguel Hull, Esq.

SUBJECT:    **Natalie Phipps, DOB: 11/24/99 – Signed settlement agreement.**

NUMBER OF PAGES INCLUDING COVER SHEET: __4__

COMMENTS:

Please sign and return. Withdrawal to be filed after signed copy is received.

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Tilman L. Gerald | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Roxanne D. Neloms<br>John A. Straus<br>Marshall Lammers°<br>Delores Scott McKnight |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

## FAX COVER SHEET

DATE: July 29, 2005

TO: ~~Charles A. McCullough, II, Esq.~~ Kathy Rodi
Office of the General Counsel
District of Columbia Public Schools

PHONE: 202-442-5000

FAX NO: 202 442-5098/97

FROM: Miguel Hull, Esq.

SUBJECT: **Natalie Phipps, DOB: 11/24/99 – Signed settlement agreement.**

NUMBER OF PAGES INCLUDING COVER SHEET: 4

COMMENTS:

Please sign and return. Withdrawal to be filed after signed copy is received.

**STATEMENT OF CONFIDENTIALITY:**
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify James E. Brown and Associates, PLLC immediately at (202) 742-2000, and destroy all copies of this message and any attachments.

◊ *Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.*
° *Admitted Only in Maryland and New Jersey: Supervision by James E. Brown, a member of the D.C. Bar.*

...

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers° |

! Admitted in Bolivia Only

August 9, 2005

*Via facsimile only*
Student Hearing Office
District of Columbia Public Schools
825 North Capitol St., NE, 9th floor
Washington, D.C. 20002

　　　RE:　Natalie Phipps DOB: 11-24-99 Withdrawal of due process hearing request dated 6-24-05

Dear Sir or Madam:

　　Mr. Antonio and Ms. Lorena Phipps, parent of Natalie Phipps, hereby *withdraws* the due process hearing request dated June 24, 2005, and it was set for hearing on August 1, 2005. This withdrawal is solely limited to the specific issues raised in the hearing request and is not intended to effect any of the parent's or student's other rights under the Individuals with Disabilities Education Act ("IDEA"); D.C. Code; or District of Columbia Municipal Regulations ("DCMR").

　　Thank you for your attention and please do not hesitate to contact me if you have any question or comments.

　　　　　　　　　　　　Yours truly,

　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　Miguel A. Hull

　　CC:　Katherine G. Rodi, Attorney Advisor, DCPS Office of the General Counsel

---

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3185
CONNECTION TEL                 94425556
SUBADDRESS
CONNECTION ID
ST. TIME              08/09 15:03
USAGE T               00'23
PGS. SENT             2
RESULT                OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill o
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers°

! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:       August 9, 2005

TO:         Sharon Newsome
            Student Hearing Office of the District of Columbia Public Schools

TEL NO.:    202 442-5432

FAX NO.:    202 442-5556

FROM:       Heidi Romero, Legal Assistant for Miguel A. Hull, Esq.

SUBJECT:    Natalie Phipps DOB: 11-24-99


NUMBER OF PAGES INCLUDING COVER SHEET:   2

COMMENTS:   Withdrawal of due process hearing request

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 3186
CONNECTION TEL                        94425098
SUBADDRESS
CONNECTION ID            OFF.OF GENERAL C
ST. TIME                 08/09 15:04
USAGE T                  00'23
PGS. SENT                2
RESULT                   OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

# FAX COVER SHEET

DATE:       August 9, 2005

TO:         Katherine G. Rodi, Attorney Advisor
            DCPS, Office of the General Counsel

FAX NO.:    202 442-5098/5097

FROM:       Heidi Romero, Legal Assistant for Miguel A. Hull, Esq.

SUBJECT:    Natalie Phipps DOB: 11-24-99


NUMBER OF PAGES INCLUDING COVER SHEET:    2

COMMENTS: **Withdrawal of due process hearing request**

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Natalie Phipps

August 17, 2005
In Reference To:   Natalie Phipps
Invoice #10907

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/4/2005 RB | | Discussion with paralegal: parent contact re meeting | 0.08<br>175.00/hr | 14.00 |
| | HR | Discussion with advocate: parent contact re meeting | 0.08<br>105.00/hr | 8.40 |
| 1/12/2005 RB | | Attended MDT/IEP @ Sharpe Health School with parents | 3.25<br>175.00/hr | 568.75 |
| 1/13/2005 RB | | Memo to attorney re meeting outcomes | 0.25<br>175.00/hr | 43.75 |
| | RB | Asked paralegal to copy meeting documents for attorney and advoctae then file | 0.17<br>175.00/hr | 29.75 |
| 1/14/2005 RB | | Discussion with attorney: case status | 0.17<br>175.00/hr | 29.75 |
| | MH | Discussion with educational advocate, Dr. Robin Boucher, regarding current case status, and plan for future of case. | 0.17<br>350.00/hr | 59.50 |
| 1/21/2005 RB | | Received faxed IEP page from Sharpe Health School; reviewed | 0.08<br>175.00/hr | 14.00 |
| | RB | Telephone call to Sharpe Health School, left message w/fax numbers, needing rest of IEP pages | 0.17<br>175.00/hr | 29.75 |
| | RB | Memo from and to attorney re blank document received from Sharpe Health School and other missing docs | 0.17<br>175.00/hr | 29.75 |

Natalie Phipps                                                                                                   Page   2

|            |    |                                                                                                                                                                                                                                           | Hrs/Rate         | Amount   |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 3/7/2005   | MH | Reviewed file to determine case status and formulate future case strategy.                                                                                                                                                                          | 0.33 350.00/hr   | 115.50   |
| 5/19/2005  | JF | Prepared for annual IEP meeting scheduled at Sharp Health Center by going over the file and concerns parent has, contacted parent and Special Ed. Coordinator at Sharp Health to confirm meeting date. Discussed strategy to follow at the meeting with parent and child's attorney. | 1.50 350.00/hr   | 525.00   |
|            | MH | Discussion with educational advocate, Juan Fernandez. Reviewed case status and formulated strategy.                                                                                                                                                 | 0.33 350.00/hr   | 115.50   |
| 5/23/2005  | JF | Attended MDT/IEP @ Sharp Health Center                                                                                                                                                                                                              | 3.83 350.00/hr   | 1,340.50 |
| 6/1/2005   | JF | Discussion with child's attorney regarding MDT/IEP meeting                                                                                                                                                                                          | 0.25 350.00/hr   | 87.50    |
|            | MH | Discussion with child's advocate regarding MDT/IEP meeting                                                                                                                                                                                          | 0.25 350.00/hr   | 87.50    |
| 6/17/2005  | CF | Reviewed case and prepare for IEP meeting                                                                                                                                                                                                           | 1.00 175.00/hr   | 175.00   |
| 6/20/2005  | CF | Phone call to parent to inform IEP meeting                                                                                                                                                                                                          | 0.25 175.00/hr   | 43.75    |
|            | CF | Reviewed case and prepared for IEP meeting                                                                                                                                                                                                          | 0.50 175.00/hr   | 87.50    |
| 6/21/2005  | CF | Attended MDT/IEP @ school                                                                                                                                                                                                                           | 5.00 175.00/hr   | 875.00   |
| 6/23/2005  | CF | Reported IEP meeting results to the attorney                                                                                                                                                                                                        | 0.50 175.00/hr   | 87.50    |
| 6/24/2005  | MH | Prepared and file due process hearing request to DCPS. Includes research on issues raised, and drafting and revising of claims made.                                                                                                                | 1.75 350.00/hr   | 612.50   |
|            | CF | Reviewed case with the attorney and planned strategies                                                                                                                                                                                              | 0.50 175.00/hr   | 87.50    |
| 6/28/2005  | HR | Draft letter to parent detailing the hearing request                                                                                                                                                                                                | 0.58 105.00/hr   | 60.90    |
| 7/11/2005  | HR | Draft letter to parent informing them of hearing notice scheduled                                                                                                                                                                                   | 0.42 105.00/hr   | 44.10    |
| 7/12/2005  | HR | Draft letter to the Student Hearing Office requesting interpreter for the upcoming hearing and sent letter via facsimile, also sent copy of letter to the Office of the General Counsel                                                             | 0.50 105.00/hr   | 52.50    |

Natalie Phipps                                                                                                          Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2005 | HR | Phone call to parents informing them of hearing and confirming attendance | 0.17 105.00/hr | 17.85 |
|  | HR | Assisted attorney to prepare disclosure to DCPS | 1.17 105.00/hr | 122.85 |
|  | MH | Prepare disclosure to DCPS with assistance from paralegal. Reviewed entire file and identified potential exhibits and witnesses; prepared exhibit packet and cover letter and supervised delivery to DCPS counsel. | 1.50 350.00/hr | 525.00 |
| 7/28/2005 | HR | Draft letter to parent informing them hearing location change for the hearing scheduled for August 1, 2005, all hearing will be held at Whittier Elementary School from August 1-19, and called parent to inform them of change as well . | 0.42 105.00/hr | 44.10 |
| 7/29/2005 | MH | Reviewed and executed settlement agreement; discussion with attorney advisor; instruct paralegal to send withdrawal | 0.67 350.00/hr | 234.50 |
| 8/2/2005 | CF | Reviewed case | 0.33 175.00/hr | 57.75 |
| 8/4/2005 | RB | Memo to attorney re hearing | 0.08 175.00/hr | 14.00 |
| 8/9/2005 | HR | Draft letter to the Student Hearing Office regarding withdrawal of due process hearing requested, sent letter via facsimile and sent letter to the Office of the General Counsel | 0.50 105.00/hr | 52.50 |
|  | JF | Prepared for MDT/IEP Placement meeting at Sharpe Health Center, reviewed last Settlement Agreement, all IEP's and evaluations in file contacted parent and discussed meeting with child's attorney | 1.50 350.00/hr | 525.00 |
|  |  | For professional services rendered | 28.42 | $6,818.70 |

Additional Charges :

| 1/11/2005 | Copied documents; meeting notes form | 0.75 |
|---|---|---|
| 1/14/2005 | Copied documents(Adv-P.T.Eval and meeting notes) | 2.00 |
| 6/20/2005 | Copied documents(IEP meeting-IEP-HOD) | 8.75 |
| 6/28/2005 | Copied: HR letter for parent. | 1.50 |
|  | Postage; HR letter to parent. | 0.60 |
| 7/11/2005 | Postage; Case status letter to parent. | 0.37 |
|  | Copied documents-NOH w/letter | 0.50 |

Natalie Phipps                                                                                       Page    4

                                                                                                     <u>Amount</u>

| Date | Description | Amount |
|---|---|---:|
| 7/12/2005 | Facsimile- req. for Interpreter | 2.00 |
| | Facsimile- req. for Interpreter | 2.00 |
| 7/25/2005 | Copied: Disclosure for SHO and OGC. | 39.50 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/28/2005 | Copied: Hearing notice letter for parent. | 0.50 |
| | Postage; letter to parent re: change of address for hearing in August. | 0.37 |
| 7/29/2005 | Facsimile Received from DCPS; settlement proposal | 4.00 |
| 8/9/2005 | Facsimile withdrawal letter of DPH complaint to SHO/OGC | 4.00 |
| | File review preparation of bill and invoice audit | 96.88 |
| | **Total costs** | **$183.72** |
| | **Total amount of this bill** | **$7,002.42** |