# EXHIBIT 8

# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Charles Pugh
   DOB: 3/31/92
   Date of Determination (HOD/SA): 7/27/05
   Parent/Guardian Name: Nadine Godbolt
   Parent/Guardian Address: 1809 23rd St., SE, #232B, 20020
   Current School: Hardy MS
   Home School: Krammer MS

3. **Invoice Information**
   Invoice Number: 05-407SA
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 3/7/05 to 8/1/05
   Amount of Payment Request: $ 4,000.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_/s/ James E. Brown_
Signature

August 26, 2005
Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000  Fax # 202-442-5098
www.k12.dc.us

July 26, 2005

James Brown & Associates, LLC
Attn: Roberta Gambale
1220 L. Street NW, Suite 700
Washington, DC 20005

2005 JUL 27 AM 8:46
RECEIVED
PUBLIC SCHOOLS
[ ] SERVICES BRA[ ]

**PROPOSED SETTLEMENT AGREEMENT**

**VIA FACSIMILE 202/742-2098**

Subject: **Due Process Hearing for Charles Pugh**
**DOB: 3/13/92**
Attending School: **Kramer Middle School**
Home School:

Dear Ms. Gambale:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Tuesday, August 2, 2005, at 11:00 a.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter. The underlying request was filed on or about June 24, 2005, pursuant to the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq.; 34 CFR §§ 300 et seq.; DCMR §§ 3000 et seq., as amended February 28, 2003. The parties have agreed to the following terms and conditions:

1. Parent/advocate verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The parent/counsel verifies that the student's date of birth is September 5, 1987, and that the attending school is Phillips School.

3. Parent/counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

---

*Children First*

07/27/2005 08:55 FAX 202 442 5098       OFF. OF GENERAL COUNSEL          Case 1:06-cv-00278-ESH    Document 1-9    Filed 02/14/2006    Page 4 of 15  ☒003

Jul 26 05 04:43p                                                    (202) 742-2098            P.3
01/20/2005 14:03 FAX 202 442 5098       OFF. OF GENERAL COUNSEL                               ☒003/004

DCPS Office of the General Counsel
Page 2

4. DCPS agrees to convene an Eligiblity/MDT/IEP meeting within twenty (20) business days to review all outstanding evaluations, determine eligibility, develop an IEP and determine placement, if found eligible, and discuss and determine compensatory education.

5. If found eligible, and placement is to a public school, DCPS agrees to issue a Prior Notice of Placement, within five (5) school days, and if placement is to a non-public school, then the Prior Notice of Placement will be issued within thirty (30) calendar days.

6. All meetings/conferences/evaluations shall be scheduled through counsel for the parent, via facsimile, at (202) 742-2098.

7. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

8. If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control, DCPS will request that parent/counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

9. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

10. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

11. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Four Thousand ($4,000.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

12. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

Best,

*[signature]*
Rhondalyn D. Prime
Attorney Advisor

07/27/2005 08:55 FAX 202 442 5098    OFF. OF GENERAL COUNSEL         Case 1:06-cv-00278-ESH   Document 1-9   Filed 02/14/2006   Page 5 of 15   @004

Jul 26 05 04:49p                                       (20  742-2099           p.4
07/26/2005 14:03 FAX 202 442 5098    OFF. OF GENERAL COUNSEL         @004/004

DCPS Office of the General Counsel
Page 3

Agreed to: _____
Roberta Gambale, Esq.
Counsel for Parent

_____ 7/27/05
Rhondalyn D. Primes, Attorney Advisor

*Children First*

## JAMES   BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |

* Admitted in Maryland Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

**July 27, 2005**

**Via Facsimile**
Sharon Newsome, Student Hearing Coordinator
Student Hearing Office
District of Columbia Public Schools
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002

                 **Re: Charles Pugh**
                 **DOB: 3/13/92**

Dear Ms. Newsome:

    The parent hereby withdraws the hearing request for the hearing scheduled to be heard on August 2, 2005 11:00 a.m. based upon the settlement agreement executed by the parties. This withdrawal is not intended to affect any of the parents other rights under the Individual with Disabilities and Education Act (IDEA). I am attaching a copy of the agreement with this letter.

    Please feel free to contact me should you have any questions or concerns. I may be reached at (202) 742-2021. I appreciate your assistance in this matter and look forward to hearing from you.

                                                      Sincerely,

                                                      Roberta Gambale, Esq.

Cc; Rhondalyn Primes, DCPS Attorney Advisor

```
***********************
***   TX REPORT   ***
***********************
```

TRANSMISSION OK

TX/RX NO                4256
CONNECTION TEL                          94425097
CONNECTION ID
ST. TIME                07/27 16:15
USAGE T                 00'47
PGS. SENT               6
RESULT                  OK

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

# FAX COVER SHEET

DATE: July 27, 2005

TO:    Rhondalyn Primes, Esq. Office of General Counsel, DCPS

PHONE:    202-442-5000

FAX NO:    202- 442-5098

FROM:    Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

SUBJECT:    Charles Pugh
            DOB: 3/13/92

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: Please find attached withdrawal from hearing and Settlement Agreement for the above mentioned student.

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    4253
CONNECTION TEL                              94425556
CONNECTION ID
ST. TIME                    07/27 16:06
USAGE T                     00'51
PGS. SENT                       6
RESULT                         OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only       e-mail: Admin@Jeblaw.biz       ! Admitted in Bolivia Only

# FAX COVER SHEET

DATE: July 27, 2005

TO:   Sharon Newsome, Hearing Coordinator, Student Hearing Office

PHONE:   202-442-4800

FAX NO:   202- 442-5556

FROM:   Yamileth Amaya, Paralegal for Roberta Gambale, Esq.

SUBJECT:   Charles Pugh
          DOB: 3/13/92

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: Please find attached withdrawal from hearing and Settlement Agreement for the above mentioned student.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005


Invoice submitted to:
Charles Pugh Jr.
Nadine Godbolt
1809 23rd St, SE
Apt # 232 B
Washington DC 20020


August 01, 2005
In Reference To:   Charles Pugh Jr.
                   DOB: 3/13/92
                   Home School: Krammer MS
                   Attending School: Hardy MS

Invoice #10866

　　　　Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/7/2005 | HR | Draft case status letter to parent detailing the hearing officer's determination | 0.58<br>105.00/hr | 60.90 |
| 3/8/2005 | MH | Conference with parent regarding plan for SEP on 3/10/05. | 0.33<br>350.00/hr | 115.50 |
|  | MH | Telephone call from assistant principal regarding SEP on 3/10/05. | 0.17<br>350.00/hr | 59.50 |
| 3/10/2005 | RB | Telephone call from Hardy MS re social history appointment with parent; teleconference with attorney | 0.08<br>175.00/hr | 14.00 |
|  | MH | Conference with MDT team at Hardy to develop student evaluation plan. | 1.75<br>350.00/hr | 612.50 |
| 3/28/2005 | RB | Memo to attorney re DCPS evaluations due date or IEEs | 0.17<br>175.00/hr | 29.75 |
| 3/29/2005 | MH | Reviewed social history, speech and language, and psycholgical-educational received from DCPS last week. Made notes to file and developed strategy in light of findings and recommendations made in the reports. | 0.92<br>350.00/hr | 322.00 |
| 3/30/2005 | HR | Draft letter to parent regarding the clinical, speech and language, and psychoeducational evaluation. | 0.50<br>105.00/hr | 52.50 |
|  | HR | Requested evaluations at Francis & Associates requesting an independent Clinical Evaluation | 0.67<br>105.00/hr | 70.35 |

Charles Pugh Jr.                                                                                                       Page    2

|            |    |                                                                                                                                                                       | Hrs/Rate          | Amount |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 3/30/2005  | RB | Reviewed social history report of 3/22/05                                                                                                                             | 0.33<br>175.00/hr | 57.75  |
|            | RB | Memo to attorney re results of three evaluations                                                                                                                      | 0.50<br>175.00/hr | 87.50  |
|            | RB | Reviewed 3/22/05 psycho-educational evaluation report                                                                                                                 | 0.42<br>175.00/hr | 73.50  |
|            | RB | Reviewed Speech / Language report of 3/24/05                                                                                                                          | 0.33<br>175.00/hr | 57.75  |
| 4/5/2005   | MH | Conference with Anette Washington, special education coordinator at Hardy MS, regarding pending MDT meeting and pending independent clinical-psychological evaluation. | 0.17<br>350.00/hr | 59.50  |
|            | MH | Conference with parent regarding pending MDT meeting and pending independent clinical-psychological evaluation.                                                       | 0.17<br>350.00/hr | 59.50  |
|            | HR | Phone call from Ms. George at Francis and Associates regarding appt. scheduled for evaluation.                                                                        | 0.17<br>105.00/hr | 17.85  |
| 4/8/2005   | RB | Discussion with attorney Hull: case status/transfer                                                                                                                   | 0.08<br>175.00/hr | 14.00  |
|            | MH | Discussion with educational advocate, Robin Boucher, regarding case status.                                                                                           | 0.08<br>350.00/hr | 28.00  |
| 4/13/2005  | YA | Draft letter to parent re: changes                                                                                                                                    | 0.58<br>105.00/hr | 60.90  |
| 4/26/2005  | RG | Reviewed to ascertain status; letter to DCPS re: evals ordered in 3/05; discussion with sped coordinator; review evaluations received ;                               | 0.75<br>350.00/hr | 262.50 |
| 5/5/2005   | RG | Conference with parent re: incident at school Wed.  Memo to advocate and instructions to paralegal re: followup                                                       | 0.58<br>350.00/hr | 203.00 |
| 5/18/2005  | YA | Draft letter to Hardy Middle School re: Clinical independent Evaluation                                                                                               | 0.42<br>105.00/hr | 44.10  |
| 5/31/2005  | RG | Conference with parent via  telephone; memo to RB; call to DCPS to follow up on status                                                                                | 0.50<br>350.00/hr | 175.00 |
|            | RB | Memo from attorney re clinical evaluation and need for school meeting                                                                                                 | 0.08<br>175.00/hr | 14.00  |
| 6/1/2005   | RB | Telephone call to paralegal from field for parent's telephone number                                                                                                  | 0.08<br>175.00/hr | 14.00  |
|            | RB | Phone calls (2) to parent re possible meeting dates/times                                                                                                             | 0.17<br>175.00/hr | 29.75  |

Charles Pugh Jr.                                                                                          Page     3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2005 | RB | Telephone calls to Hardy MS and Kramer MS to schedule MDT meeting | 0.25 175.00/hr | 43.75 |
|  | YA | Discussion with advocate re, contact information and meeting | 0.25 105.00/hr | 26.25 |
|  | YA | Draft letter to Hardy Middle School re, Clinical independent evaluation | 0.42 105.00/hr | 44.10 |
| 6/6/2005 | RB | Memo to attorney re failure of DCPS to contact for meeting | 0.17 175.00/hr | 29.75 |
| 6/10/2005 | RB | Reviewed case notes; tickled calendar | 0.17 175.00/hr | 29.75 |
| 6/20/2005 | RB | Memo to attorney re compliance deadline | 0.08 175.00/hr | 14.00 |
| 6/24/2005 | RG | Prepared and file due process hearing request to DCPS | 2.00 350.00/hr | 700.00 |
|  | RG | Conference with parent | 0.33 350.00/hr | 115.50 |
|  | YA | Assisted attorney in preparation of request for hearing Student Hearing Office via hand delivered | 0.50 105.00/hr | 52.50 |
| 6/27/2005 | YA | Draft status letter to parent re, Hearing Request | 0.75 105.00/hr | 78.75 |
| 6/28/2005 | RB | Reviewed hearing request of 6/24/05 | 0.17 175.00/hr | 29.75 |
| 7/6/2005 | YA | Draft status letter to parent re, Hearing Date Notice | 0.58 105.00/hr | 60.90 |
| 7/7/2005 | YA | Tickle dealine for disclosure | 0.17 105.00/hr | 17.85 |
| 7/14/2005 | RB | Memo to attorney re parent's report | 0.17 175.00/hr | 29.75 |
|  | RB | Phone call to parent re final report card for SY 04-05 and hearing date/time; memo to attorney | 0.42 175.00/hr | 73.50 |
|  | RB | Reviewed 6/24/05 hearing request | 0.17 175.00/hr | 29.75 |
| 7/18/2005 | RG | Conference with parent re: report card and summer school | 0.33 350.00/hr | 115.50 |

Charles Pugh Jr.                                                                                                        Page    4

|            |    |                                                                                                                                                                                               | Hrs/Rate        | Amount   |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 7/19/2005  | YA | log in case note receipt of report card, copied to advocate and file                                                                                                                          | 0.25<br>105.00/hr | 26.25   |
|            | RB | Received and reviewed 6/29/05 report card; memo to attorney                                                                                                                                   | 0.17<br>175.00/hr | 29.75   |
| 7/26/2005  | RB | Discussion with attorney: settlement agreement 7/26/05 and need to contact school for meeting                                                                                                 | 0.17<br>175.00/hr | 29.75   |
|            | YA | Prepare disclosure to DCPS, Student Hearing Office and Office of General Counsel                                                                                                              | 1.50<br>95.00/hr  | 142.50  |
|            | RG | Prepare disclosure to DCPS                                                                                                                                                                    | 0.75<br>275.00/hr | 206.25  |
|            | RG | Discussion with attorney advisor re: settlement; review faxed proposal; discussion with mom; discussion with RB; return call to attorney; faxed back and instructed paralegal re: follow up and hearing withdrawal letter | 0.75<br>275.00/hr | 206.25  |
|            | YA | File back disclosure documents                                                                                                                                                                | 0.42<br>95.00/hr  | 39.90   |
| 7/27/2005  | RB | Telephone call to Hardy MS and Kramer MS re meeting                                                                                                                                           | 0.33<br>175.00/hr | 57.75   |
|            | RB | Memo to attorney re attempt to schedule meeting per settlement agreement                                                                                                                      | 0.17<br>175.00/hr | 29.75   |
|            | RB | Drafted and faxed letter to DCPS C. Miller through E. Thomas-Sahr re settlement agreement, agenda, compliance deadline, and proposed dates/times                                              | 0.50<br>175.00/hr | 87.50   |
|            | RG | Discussion with paralegal re: settlement                                                                                                                                                      | 0.25<br>275.00/hr | 68.75   |
|            | YA | Log in case note and file letter requesting for a meeting from advocate                                                                                                                       | 0.17<br>95.00/hr  | 16.15   |
|            | YA | Prepared and sent to DCPS, Office of General Counsel and Office of General Counsel withdrawal of hearing request                                                                              | 0.75<br>95.00/hr  | 71.25   |
|            | YA | Tickle Deadline                                                                                                                                                                               | 0.17<br>95.00/hr  | 16.15   |
|            | YA | Drafted letter to parent re, Settlement Agreement                                                                                                                                             | 0.58<br>95.00/hr  | 55.10   |
| 7/28/2005  | YA | log in case note and tickle deadline                                                                                                                                                          | 0.17<br>95.00/hr  | 16.15   |
|            |    | For professional services rendered                                                                                                                                                            | 24.61           | $5,186.15 |

Charles Pugh Jr.                                                                                                          Page    5

    Additional Charges :

                                                                                                    Amount

| Date | Description | Amount |
|---|---|---|
| 3/4/2005 | Postage; letter to parent (w/d from case) | 0.37 |
| 3/7/2005 | Copied documents; HOD with letter | 1.50 |
| | Postage; Sent case status to the parent. | 0.37 |
| 3/30/2005 | Postage; Refferal package. | 1.06 |
| | Postage; Letter to the parent. | 0.83 |
| | Copied documents Speech and Language, Psychoeducation, and Social History report with letter to parent. | 3.50 |
| | Copied documents referral | 5.25 |
| 4/5/2005 | Copied documents ; letter to parent (evals) | 0.50 |
| 4/6/2005 | Postage; letter to parent status report | 0.60 |
| 4/13/2005 | Copied documents; letter to parent | 0.50 |
| 4/14/2005 | Postage; letter to parent | 0.37 |
| 5/16/2005 | Facsimile: Memo to SHO and OGC. | 12.00 |
| 5/20/2005 | Copied: clinical letter for parent. | 0.25 |
| 5/23/2005 | Postage; letter to parent re:clinical eval | 0.37 |
| 6/1/2005 | Facsimile(Hardy MS-clinial eval) | 10.00 |
| 6/24/2005 | Messenger Service to and from DCPS ( Due Process Hearing Request) | 20.00 |
| | Copied: HR for SHO, file and administration. | 2.50 |
| 6/27/2005 | Postage; HR letter to parent. | 0.60 |
| | Copied: HR letter for parent. | 0.25 |
| 7/6/2005 | Copied: HDN letter for parent, administration, file, and advocate. | 1.00 |
| 7/8/2005 | Postage; HDN letter to parent. | 0.37 |
| 7/26/2005 | Copied: Disclosure for SHO, OGC, and administration. | 45.75 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |

Charles Pugh Jr.            Page   6

**Amount**

| Date | Description | Amount |
|---|---|---|
| 7/26/2005 | Copied: withdrawal for adm. SA letter parent, advocate, attorney, and administration. | 4.75 |
| 7/27/2005 | Copied: SA letter for parent. | 0.25 |
|  | Facsimile withdrawal to DCPS | 12.00 |
| 7/28/2005 | Postage; letter to parent re: SA. | 0.37 |
| 8/1/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | **Total costs** | **$242.19** |
|  | **Total amount of this bill** | **$5,428.34** |