# EXHIBIT 9



# District of Columbia Public Schools
### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax - 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Tyler Skrine
   DOB: 7/16/97
   Date of Determination (HOD/SA): 7/22/05
   Parent/Guardian Name: Johanna Skrine
   Parent/Guardian Address: 7701 Georgia Ave., NW, #601, 20012
   Current School: Truesdell E.S.
   Home School: Truesdell E.S.

3. **Invoice Information**
   Invoice Number: 05-408SA
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 3/29/05 to 7/27/05
   Amount of Payment Request: $4,000.00

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_                     August 26, 2005
Signature                             Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000     Fax: 202-442-5098
www.k12.dc.us

July 22, 2005

Roxanne Neloms, Esq.
James E. Brown & Associates
1220 L Street, NW, #700
Wash., DC 20005

**PROPOSED SETTLEMENT AGREEMENT**

**VIA FACSIMILE -- 202-742-2099**

**Subject: Due Process Hearing for Tyler Skrine
DOB: 7/16/1997
Attending School: Truesdell ES, DCPS
Home School: Truesdell ES, DCPS**

Dear Ms. Neloms:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Friday, July 22, 2005, the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter pursuant to the following terms and conditions:

1. Parent/advocate verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The parent/counsel verifies that the student's date of birth is 7/16/1997, and that the schools stated above are in fact the student's attending and home schools.

3. Parent/counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

4. The parties agree as follows:

    a. Parent's Counsel agrees to withdraw this hearing request upon DCPS providing a copy of the facsimile confirmation page to parent's counsel not later than close of business, Tuesday, July 26, 2005.

    b. If DCPS does not provide the confirmation by the date set above, DCPS agrees to convene an MDT/IEP meeting, not later than thirty (30) days of the date of executing this settlement agreement. The MDT/IEP team will: (1) review all evaluations; (2) discuss and

DCPS Office of the General Counsel
Page 2 of 3

determine the need for additional evaluations/assessments, if warranted; (3) review and revise the IEP, if warranted; and (4) discuss and determine an interim placement at the Joseph P. Kennedy Institute.

c. If DCPS fails to convene the MDT meeting mentioned in paragraph b above, as required with the specified timeframe, DCPS agrees to an interim placement at Joseph P. Kennedy Institute upon Parent's counsel furnishing DCPS with a letter of acceptance.

5. All meetings/conferences/evaluations shall be scheduled through the parent and/or counsel for the parent.

6. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

7. If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control (i.e., natural disaster or emergency), DCPS will request that parent/counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

8. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply. Parent/Counsel agrees that the method of communication will be facsimile to (202) 442-5517.

9. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

10. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Four Thousand ($4,000.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

11. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

Sincerely,

Aaron E. Price, Sr., Esq.
Attorney Advisor         Date: 7/22/05

Agreed to: _____
Roxanne Neloms, Esq., James E. Brown & Associates
Counsel for Parent

cc: Domiesto C. Hill

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores S. McKnight |
| Christopher L. West◆◊ | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only         e-mail: Admin@Jeblaw.biz         ! Admitted in Bolivia Only

July 25th, 2005

**Via Facsimile Only**
Sharon Newsome, Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE, Eighth Floor
Washington, DC 20002

Re:             Tyler Skrine
DOB:            July 16th, 1997
Attending School: Truesdell Elementary School
Home School:    Truesdell Elementary School

Ms. Newsome:

   The parent, by and through counsel, hereby withdraws, without prejudice, pursuant to the terms of the attached settlement agreement, hereby voluntarily withdraws, without prejudice, the current and outstanding administrative due process hearing request scheduled to occur on Friday, July 22nd, 2005.

   As always, both the parent and myself look very forward to working with you and DCPS to ensure the student to receive a Free and Appropriate Public Education. If I can be of any further assistance, please do not hesitate to contact me directly at 202-742-2000.

Respectfully,

Roxanne Neloms, Esq.

Cc:   Aaron Price, Sr., Attorney Advisor, Office of the General Counsel, DCPS
      Domiento C.R. Hill, Esq.
      File

◊ *"Practicing pursuant to D.C. Court of Appeals Rule 49(c) (6).*
° *Admitted only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar, D.C. Court of Appeals.*

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    3003
CONNECTION TEL              92024425556
SUBADDRESS
CONNECTION ID
ST. TIME                    07/25 13:10
USAGE T                     00'38
PGS. SENT                   4
RESULT                      OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West | Facsimile: (202) 742-2098 | Marshall Lammers° |

* Admitted in Maryland Only          e-mail: Admin@Jeblaw.biz          ! Admitted in Bolivia Only

# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: July 22nd, 2005

FAX NO: 202-442-5555

SUBJECT: T.S., DOB: 7/16/97

NUMBER OF PAGE: 4

COMMENTS: Executed settlement agreement and notice of withdrawal. Thank you for your assistance.

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO                    3004
CONNECTION TEL                    92024425097
SUBADDRESS
CONNECTION ID
ST. TIME                    07/25 13:15
USAGE T                     00'49
PGS. SENT                   5
RESULT                      OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Brenda McAllister*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores S. McKnight<br>Marshall Lammers° |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

TO: Aaron Price, Sr., Attorney Advisor, Office of the General Counsel, DCPS

FROM: Domiento C.R. Hill, Esq. for Roxanne Neloms, Esq.

DATE: July 22nd, 2005

FAX NO: 202-442-5097/5098

SUBJECT: T.S., DOB: 7/16/97

NUMBER OF PAGE: 5

COMMENTS: Executed settlement agreement and notice of withdrawal. Thank you for your assistance.

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Tyler Skrine

July 27, 2005
In Reference To:    Tyler Skrine
Invoice #10863

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/29/2005 | DD | Reviewed file and updated for student hearing screening | 1.00<br>175.00/hr | 175.00 |
| 3/30/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 3-30-05 Ltr to OSE requesting evals/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | DH | Draft and send letter to DCPS after receiving the student's new hearing evaluation, requesting a new speech and language assessment for the student. | 0.33<br>350.00/hr | 115.50 |
| 4/5/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 4-4-05 Ltr to SHO requesting hearing transcripts and copy of the 4-1-05 HOD/copy to advc and file/added to case notes/also added HOD deadline issues to Outlook Calendar | 0.58<br>105.00/hr | 60.90 |
|  | KD | Requested evaluations to Interdynamics | 0.75<br>105.00/hr | 78.75 |
|  | KD | Drafted letter to parent/enclosed copy of Eval Rqst to Interdynamics/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 4/6/2005 | KD | Drafted letter to parent/enclosed copy of Notice of Intent to Evaluate/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
| 4/28/2005 | KD | Phone call to parent re ltrs from Interdynamics | 0.08<br>105.00/hr | 8.40 |
|  | KD | Drafted letter to parent/enclosed copies of Ltrs from Interdynamics re evals/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |

Tyler Skrine                                                                                       Page    2

|            |    |                                                                                                                                                                                                                                              | Hrs/Rate        | Amount |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 5/9/2005   | KD | Drafted letter to parent/enclosed copy of Atty's 5-6-05 Ltr to Truesdell ES re eval not yet rcv'd / copy to advc and file/added to case notes                                                                                                            | 0.42<br>105.00/hr | 44.10  |
| 5/11/2005  | DH | Draft letter for the advocate's review and execution responding the DCPS' request to reconvene the student's MDT/IEP Meeting to review the student's IEP, review his current evaluations, and discuss placement.                                         | 0.25<br>350.00/hr | 87.50  |
|            | KD | Drafted letter to parent/enclosed copy of Atty's 5-11-05 Ltr to Truesdell ES and LOI/copy to advc and file/added to case notes                                                                                                                           | 0.42<br>105.00/hr | 44.10  |
|            | DD | Review letter drafted by Mr. Hill responding the DCPS' request to reconvene the student's MDT/IEP Meeting to review the student's IEP, review his current evaluations, and discuss placement.                                                            | 0.08<br>175.00/hr | 14.00  |
| 5/19/2005  | DD | Reviewed file and letter of invitation                                                                                                                                                                                                                  | 0.50<br>175.00/hr | 87.50  |
| 5/23/2005  | DH | Receive and review the student's educational evaluation.                                                                                                                                                                                                | 0.50<br>350.00/hr | 175.00 |
| 5/26/2005  | KD | Drafted letter to parent/enclosed copy of 4-25-05 S/L eval report/copy to advc and file/added to case notes                                                                                                                                              | 0.42<br>105.00/hr | 44.10  |
| 6/1/2005   | RN | Review letter drafted by Mr. Hill regarding the student's recently completed psycho-educational evaluation to the DCPS Office of Mediation and Compliance and request that the student's administrative due process hearing be reconvened.               | 0.08<br>350.00/hr | 28.00  |
|            | DH | Receive and review the student's psycho-educational evaluation.                                                                                                                                                                                         | 0.50<br>350.00/hr | 175.00 |
|            | DH | Draft and send a copy of the student's recently completed psycho-educational evaluation to the DCPS Office of Mediation and Compliance and request that the student's administrative due process hearing be reconvened.                                 | 0.25<br>350.00/hr | 87.50  |
|            | DH | Discussion with the student's mother regarding the results of the student's adaptive vineland assessment and psycho-educational evaluation.                                                                                                             | 0.25<br>350.00/hr | 87.50  |
| 6/2/2005   | DD | Reviewed file and psychoeducational evaluation and update file                                                                                                                                                                                          | 1.50<br>175.00/hr | 262.50 |
| 6/3/2005   | KD | Drafted letter to parent/enclosed copy of 5-5-05 Psycho-Ed eval report and Atty's 6-1-05 Ltr to DCPS/copy to advc and file/added to case notes                                                                                                           | 0.42<br>105.00/hr | 44.10  |
| 6/14/2005  | RN | Review the administrative due process hearing complaint drafted by Mr. Hill.                                                                                                                                                                            | 0.33<br>350.00/hr | 115.50 |

Tyler Skrine                                                                                                           Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/14/2005 | DH | Review the student's educational file to determine DCPS compliance with the order, conduct educational research regarding the parent's right to immeidate placement for the student, draft administrative due process hearing request for Ms. Neloms' review. | 1.67<br>350.00/hr | 584.50 |
| 6/17/2005 | KD | Drafted letter to parent/enclosed copy of 6-17-05 HR/copy to advc and file/added to case notes | 0.42<br>105.00/hr | 44.10 |
|  | KD | Reviewed 4-1-05 HOD and provided Case Status Review to Atty Hill/created 'B' file organizing all docs in chron order and placed 'A' file in Overflow | 0.67<br>105.00/hr | 70.35 |
| 6/23/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc, file, and attorneys Hill and Neloms/added to case notes/posted same to Outlook Calendar | 0.50<br>105.00/hr | 52.50 |
| 6/24/2005 | DD | Reviewed letter of invitation and file | 0.50<br>175.00/hr | 87.50 |
| 7/15/2005 | DH | Review the student's educational file, prepare five-day disclosures. | 2.00<br>350.00/hr | 700.00 |
|  | RN | Review the student's five-day disclosures prepared by Mr. Hill. | 0.17<br>350.00/hr | 59.50 |
|  | KD | Assist attorney to prepare disclosure to DCPS | 2.00<br>105.00/hr | 210.00 |
| 7/21/2005 | RN | Prepare for the student's administrative due process hearing with Mr. Hill. | 1.00<br>350.00/hr | 350.00 |
|  | DH | Prepare for the student's administrative due process hearing with Ms. Neloms. | 1.00<br>350.00/hr | 350.00 |
| 7/22/2005 | RN | Appear at the student's administrative due process hearing, prior to the hearing and before going on the record, the parties agreed to enter into a private settlement agreement. | 1.50<br>350.00/hr | 525.00 |
|  | DH | Appear at the student's administrative due process hearing, prior to the hearing and before going on the record, the parties agreed to enter into a private settlement agreement. | 1.50<br>350.00/hr | 525.00 |
|  | DH | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
|  | RN | Prepare for the student's administrative due process hearing. | 1.00<br>350.00/hr | 350.00 |
| 7/25/2005 | DH | Draft notice of withdrawal, for Ms. Neloms' review, and execution. | 0.17<br>350.00/hr | 59.50 |

Tyler Skrine                                                                                                     Page     4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2005 | RN | Review notice of withdrawal drafted by Mr. Hill. | 0.08 350.00/hr | 28.00 |
|  |  | For professional services rendered | 25.52 | $6,257.30 |
|  |  | Additional Charges : |  |  |
| 3/30/2005 |  | Copied documents RE: Records and evaluations request; letter sent to parent and advocate |  | 3.00 |
|  |  | Facsimile to OGC and DCPS |  | 38.00 |
|  |  | Postage; letter to parent. |  | 0.60 |
| 4/5/2005 |  | Postage; letter to parent |  | 2.67 |
|  |  | Postage; letter to parent RE: Referral for independent evaluations at Interdynamics |  | 0.83 |
|  |  | Copied documents ((eval request with HOD |  | 15.75 |
|  |  | Copied documents ; eval request |  | 4.00 |
|  |  | Copied documents ; letter to SHO |  | 3.25 |
|  |  | Copied documents (eval) |  | 2.25 |
|  |  | Facsimile Received from DCPS; HOD |  | 8.00 |
|  |  | Copied documents; HOD |  | 6.00 |
| 4/6/2005 |  | Copied documents(Parent/Adv-notice of intent to Evaluate+CVR letter) |  | 16.00 |
|  |  | Postage; letter to parent |  | 0.37 |
| 4/28/2005 |  | Postage; letter to parent |  | 0.37 |
|  |  | Copied letter from Interdynamics re: evaluations for the parent and advocate. |  | 1.50 |
| 5/9/2005 |  | Copied: Atty's 5/6/05 letter to Truesdell and cover letter for parent, and advocate. |  | 2.00 |
|  |  | Postage; Atty's letter toTruesdell and parent. |  | 0.74 |
|  |  | Postage; Atty's letter toTruesdell and parent. |  | 0.74 |
| 5/11/2005 |  | Copied: LOI, atty's letter with cover letter for parent, advocate and RN. |  | 3.75 |
|  |  | Facsimile letter to Trusdell ES. |  | 3.00 |
|  |  | Postage; LOI and Atty's letter to Truesdell and parent. |  | 0.74 |

Tyler Skrine                                                                                                     Page    5

                                                                                                                  <u>Amount</u>

| Date | Description | Amount |
|---|---|---|
| 5/24/2005 | Facsimile- 4-1-05 HOD | 9.00 |
| 5/26/2005 | Postage; S/L evaluation report letter to parent | 0.37 |
|  | Copied documents- 4/24/05 S/L and Cur Ltr | 3.00 |
| 6/1/2005 | Facsimile(OMC-pyscho-ed) | 16.00 |
| 6/3/2005 | Postage; Attorney's letter to DCPS to parent. | 0.83 |
|  | Copied: Psycho-ed evaluations and attorney's letter to DCPS for parent and advocate. | 9.00 |
| 6/17/2005 | Facsimile: HR letter to SHO. | 5.00 |
|  | Copied: HR for parent and advocate. Intake forms and case notes for file. | 6.25 |
|  | Postage; HR letter to parent. | 0.60 |
| 6/23/2005 | Copied documents(Attys Hill+Neloms-HN w/CVR letter) | 4.00 |
|  | Postage; HN letter to parent | 0.37 |
|  | Copied: HN letter for parent and advocate. | 1.00 |
| 7/15/2005 | Copied: Disclosure for SHO and OGC. | 81.00 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 7/25/2005 | Facsimile: SA letter to SHO and OGC. | 9.00 |
| 7/27/2005 | File review preparation of bill and invoice audit | 96.88 |
|  | Total costs | $375.86 |
|  | Total amount of this bill | $6,633.16 |