# EXHIBIT 10



# District of Columbia Public Schools
**OFFICE OF GENERAL COUNSEL**
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   Attorney: JAMES E. BROWN
   Federal Tax ID No.: 52-1500760
   D.C. Bar No.: 61622

2. **Student Information**
   Name: Justin Wray
   DOB: 4/21/88
   Date of Determination (HOD/SA): 8/9/05
   Parent/Guardian Name: Yvette Young & Farri Chapmen
   Parent/Guardian Address: 5924 9th St., NW, #305, 20011
   Current School: Coolidge SHS
   Home School: Coolidge SHS

3. **Invoice Information**
   Invoice Number: 05-409SA
   Date Request Submitted: 8/26/05
   Date(s) Services Rendered: 6/29/05 to 8/17/05
   Amount of Payment Request: $ 2,919.18

4. **Certification** (must be signed by principal attorney)

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

*/s/ James E. Brown*        August 26, 2005
Signature                    Date



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000  Fax # 202-442-5098
202-442-5001  www.k12.dc.us

August 9, 2005

*Via Facsimile 202-742-2097/8/9*

John Straus, Esq.
1220 L Street, NW, Suite 700
Washington, DC 20005

**PROPOSED SETTLEMENT**

| | |
|---|---|
| **Subject:** | **Due Process Hearing for Justin Wray** |
| **DOB:** | **04/21/1988** |
| **Attending School:** | **Coolidge Senior High School (SHS)** |

Dear Mr. Straus:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Wednesday, August 10, 2005 @ 11:00 a.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and the parent, student and student's representative (hereinafter "Parent/Counsel") agree to resolve this matter. The underlying hearing request was filed on or about June 30, 2005 pursuant to the Individuals with Disabilities Education Act of 1997, 20 U.S.C. §§ 1400 et seq., 34 CFR §§ 300 et seq., DCMR §§ 3000 et seq., as amended February 28, 2003. The parties have agreed to the following terms and conditions:

1. Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the execution of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The Parent/Counsel verifies that the student's date of birth is April 21, 1988 and that the student's current attending and home school is Coolidge SHS.

3. Parent/Counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

4. DCPS agrees to convene an MDT/IEP/Eligibility meeting on or by August 29, 2005 to review the student's current assessments, determine eligibility and, if found eligible, develop an IEP. If the student is not found eligible, DCPS shall issue a Notice of Ineligibility within 5 school days of the meeting. If the student is found eligible, the team shall also discuss and determine placement and issue a Prior Notice within 5 school days, if to a public facility or within 30 calendar days, if to a non-public facility.

Justin Wray Settlement Agreement
August 9, 2005
Page 2

5. All meetings/conferences/evaluations and the commencement of the compensatory education shall be scheduled through counsel for the parent, via facsimile, at (202)742-2097/8/9.

6. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

7. If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control, DCPS will request that Parent/Counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

8. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply. Parent/Counsel shall allow a reasonable time to reply prior to filing a new hearing request.

9. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

10. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Four Thousand Dollars ($4,000.00), as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

11. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

If you are in agreement, please sign below and return to me.

Sincerely,

Michael Levy
Attorney Advisor

Agreed to: _____     August 9, 2005
John Straus, Esquire                    Date
Counsel for Student/Parent

*Children First*

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |

! Admitted in Bolivia Only

August 10, 2005

**VIA FACSIMILE ONLY**
Scheduling Coordinator
Office of Student Hearings
District of Columbia Public Schools
825 North Capitol Street, NE
Eighth Floor
Washington, DC 20002

　　　　　　　　　　RE:  Justin Wray
　　　　　　　　　　DOB April 21, 1988

Dear Ms. Newsome:

　　The parent, by and through counsel, on behalf of the above-referenced minor child, pursuant to the settlement agreement, dated August 9, 2005, hereby withdraws, without prejudice, from the administrative due process hearing scheduled for August 10, 2005 at 11:00 A.M. If I can be of further assistance, please call me at (202) 742-2000.

　　　　　　　　　　Yours truly,

　　　　　　　　　　John Straus

c:　Yvette Young, Parent
　　Michael Levy, Esq., Attorney Advisor, DCPS
　　File

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0010
CONNECTION TEL                      94425556
CONNECTION ID
ST. TIME              08/10 18:39
USAGE T               00'21
PGS. SENT             2
RESULT                OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

DATE:       August 10, 2005

TO:         Student Hearing Office

FAX NO.:    202-442-5556

FROM:       John Straus, Esq.

SUBJECT:    Justin Wray   DOB April 21, 1988

NUMBER OF PAGES INCLUDING COVER SHEET:

COMMENTS:
_____
_____
_____
_____

```
                    ************************
                    ***    TX REPORT     ***
                    ************************

    TRANSMISSION OK

    TX/RX NO                0015
    CONNECTION TEL                          94425098
    CONNECTION ID           OFF.OF GENERAL C
    ST. TIME                08/10 20:10
    USAGE T                 00'22
    PGS. SENT                  2
    RESULT                  OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel Hull | Washington, DC 20005 | Marshall Lammers° |
| Christopher L. West | Telephone: (202) 742-2000 | Delores Scott McKnight |
| Tilman L. Gerald | Facsimile: (202) 742-2098 | |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

# FAX COVER SHEET

DATE:       August 10, 2005

TO:         Michael Levy, Esq.

FAX NO.:    202-442-5097/5098

FROM:       John Straus, Esq.

SUBJECT:    Justin Wray / DOB: April 21, 1988

NUMBER OF PAGES INCLUDING COVER SHEET:   **2**

COMMENTS:   Withdraw

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA, JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Justin Wray

August 17, 2005
In Reference To:    Justin Wray

Invoice #10904

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/29/2005 | DP | Assist attorney in filing hearing request | 0.33<br>105.00/hr | 34.65 |
|  | JS | Prepared and file due process hearing request to DCPS | 2.00<br>350.00/hr | 700.00 |
| 6/30/2005 | TS | Reviewed Hearing Request | 0.17<br>175.00/hr | 29.75 |
| 7/5/2005 | DP | Drafted letter to parent regarding hearing request filed with the student heairng office. | 0.53<br>105.00/hr | 55.65 |
|  | JEB | Examined and certified hearing request filed by attorney | 0.58<br>350.00/hr | 203.00 |
| 7/7/2005 | JS | Phone call to student regarding independent evaluations | 0.33<br>350.00/hr | 115.50 |
| 7/11/2005 | DP | Drafted letter to parent providing coipes of all indpendent evaluations. | 0.52<br>105.00/hr | 54.60 |
|  | JS | Reviewed letter to parent | 0.08<br>350.00/hr | 28.00 |
| 7/26/2005 | DP | Drafted letter to parent regarding date for administrative due process hearing request. | 0.53<br>105.00/hr | 55.65 |
|  | JS | Reviewed letter to parent | 0.08<br>350.00/hr | 28.00 |

Justin Wray                                                                                                          Page    2

|            |     |                                                                                                                                                          | Hrs/Rate        | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 8/3/2005   | DP  | Assisted attorney to prepare disclosure to DCPS.                                                                                                         | 2.00 105.00/hr  | 210.00    |
|            | JS  | Reviewed the student's educational file, prepared and send 5-day disclosure to the DCPS attorney advisor assigned to the case and the DCPS office of student hearings. | 2.00 350.00/hr  | 700.00    |
| 8/9/2005   | JS  | Reviewed and executed a settlement agreement. Discussed terms of the settlement agreement with parent and DCPS attorney advisor                          | 0.75 350.00/hr  | 262.50    |
| 8/11/2005  | JS  | Reviewed letter to parent                                                                                                                                | 0.08 350.00/hr  | 28.00     |
|            | DP  | Drafted letter to parent regarding settlement and withdrawal form due process hearing.                                                                   | 0.52 105.00/hr  | 54.60     |
|            | DP  | Prepared and sent to DCPS a withdrawal of hearing request.                                                                                               | 0.50 105.00/hr  | 52.50     |
|            | JEB | Examined settlement agreement; contacted parent; instructed paralegal to send to parent                                                                  | 0.33 350.00/hr  | 115.50    |
|            |     | For professional services rendered                                                                                                                       | 11.33           | $2,727.90 |

Additional Charges :

| Date       | Description                                                       | Amount |
|------------|-------------------------------------------------------------------|--------|
| 6/29/2005  | Copied documents; HR                                              | 3.00   |
|            | Facsimile: HR to SHO.                                             | 6.00   |
| 7/5/2005   | Postage; HR letter to parent.                                     | 0.60   |
|            | Copied documents                                                  | 0.50   |
| 7/11/2005  | Copied: Independent evaluations letter for parent.                | 3.00   |
|            | Postage; Independent evaluations letter to parent.                | 1.06   |
| 7/26/2005  | Copied documents                                                  | 0.50   |
| 7/27/2005  | Postage; letter to parent re: Hearing notice.                     | 0.37   |
| 8/3/2005   | Copied documents; disclosures                                     | 51.00  |
|            | Messenger Service to and from DCPS (5-day Disclosures)            | 20.00  |
| 8/9/2005   | Facsimile Received from DCPS; settlement proposal                 | 3.00   |
| 8/10/2005  | Facsimile withdrawal to DCPS                                      | 4.00   |

Justin Wray                                                                                             Page    3

<u>Amount</u>

8/11/2005  Copied documents; letter to parent                                                     1.00

          Postage; letter to parent re: settlement agreement and W/D.       0.37

8/17/2005  File review preparation of bill and invoice audit                                    96.88

          Total costs                                                                       $191.28

          Total amount of this bill                                                    $2,919.18